Entered: June 5th, 2023
Signed: June 2nd, 2023

**SO ORDERED**

No objection filed. The June 7, 2023 hearing on the motion is cancelled and has been removed from the Court's calendar. The Clerk shall mail a copy of this order to the Debtor at his address of record.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20-18680 |
| Charles Martin, ) | |
| ) | (CHAPTER 7) |
| DEBTOR. ) | |

**ORDER GRANTING JOINT MOTION TO APPROVE SALE OF PROPERTY
LOCATED AT 1818 MCCULLOH STREET, BALTIMORE, MARYLAND 21217
FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES
<u>PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE</u>**

Upon consideration of the Joint Motion to Approve Sale of Property Located at 1818 McCulloh Street, Baltimore, Maryland 21217 Free and Clear of All Liens and Encumbrances Pursuant to Section 363 of the Bankruptcy Code (the "Motion"), any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Cheryl E. Rose, Trustee is authorized to sell the property commonly known as 1818 McCulloh Street, Baltimore, Maryland 21217, free and clear of liens and encumbrances, to WCP Fund I LLC or that entity's assignee, on the terms set forth in the Motion.

cc

- Glenna Elizabeth Barner    Glenna.Barner@maryland.gov
- Leah Christina Freedman    bankruptcy@bww-law.com, leah.freedman@bww-law.com
- Marie Louise Hagen    mlh@mlhagenlaw.com
- Keith R. Havens    Keith.R.Havens@HavensLawFirm.com, Madeline.Reed@HavensLawFirm.com
- James M. Hoffman    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- Nicole C. Kenworthy    bdept@mrrlaw.net
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- Darren Michael Margolis    dmargolis@lawdmpa.com
- Shannon Jacob Posner    sjposner@posner-law.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Cheryl E. Rose    trusteerose@aol.com, crose@ecf.axosfs.com
- Roger Charles Simmons    rsimmons@gordonsimmons.com, dwise@gordonsimmons.com;jdziubla@gordonsimmons.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com
- Brett Weiss    brett@bankruptcylawmaryland.com, brettecf@gmail.com;TheWeissLawGroup@jubileebk.net;chetan@BankruptcyLawMaryland.com

**END OF ORDER**