IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| In re: | * | |
| CHARLES MARTIN | * | Case No. 20-18680-MCR |
| Debtor | * | Chapter 7 |
|   | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TRUSTEE'S MOTION TO SELL REAL PROPERTY LOCATED AT
### 3910 Hayward Avenue, Baltimore, Maryland 21215

Cheryl E. Rose, the Chapter 7 Trustee (hereinafter the "Trustee") of the above captioned bankruptcy estate (hereinafter the "Estate"), by and through her counsel, Cheryl E. Rose, Esq. and Rose & Associates, LLC, files this Motion to Sell Real Property of the Estate pursuant to 11 U.S.C. Sections 363(b), respectfully represents as follows:

1. Debtor filed a Voluntary Chapter 11 Petition on September 24, 2020 which was converted to a Chapter 7 on December 16, 2022. Cheryl E. Rose, Esq. was appointed as the Chapter 11 Trustee on March 8, 2021, and upon conversion was appointed the Chapter 7 Trustee.

2. Charles Martin (hereinafter "Debtor") holds a membership interest in myriad limited liability companies including, *inter alia*, My1stHouse.com, LLC (hereinafter "Property Owner"). By operation of prior order of this Honorable Court (Docket 361), the Trustee has authority to manage those entities in furtherance of her administration of the Estate. Consistent with such authority, she now desires to sell the asset of the Property Owner known as 3910 Hayward Avenue, Baltimore, Maryland 21215 (hereinafter "Real Property").

3. The Property Owner holds a fee simple interest in the Real Property pursuant to a Limited Warranty Deed filed June 12, 2007 in Liber 09563 at folio 607 among the Land Records

of Baltimore City, Maryland.  The Purchaser, One Hand LLC, is interested in purchasing the "as is" interest owned by the Property Owner from the Bankruptcy Estate.

   4.  The Debtor valued the Real Property in his schedules at Ten Thousand Dollars and 00/100 Cents ($10,000.00).

   5.  There is a Deed of Trust in the amount of Forty-seven Thousand Five Hundred Dollars and 00/100 Cents ($47,500.00) securing Evergreen Title & Escrow Corp. Profit Sharing Plan.  This First Deed of Trust will be not be satisfied from the funds of the Bankruptcy Estate as the purchaser is aware this sale is "as is" and subject to any liens.  The smaller purchase price reflects the lien issue.

   6.  The Trustee has entered into a Purchase Agreement for the Real Property, (see Standard Purchase and Sale Agreement which can be viewed at the U.S. Bankruptcy Court or via PACER and hereinafter "Purchase Agreement").

   7.  The sale price on the Purchase Agreement is for Eight Thousand Five Hundred Dollars and 00/100 Cents ($8,500.00).  Additionally, all settlement costs will be paid by the Purchaser.

   8.  The Trustee has filed contemporaneously herewith, the Notice of Sale Under Section 363(b) of her intent to sell the Real Property, the hearing date of May 8, 2024 at 2:00 p.m. in Courtroom 3-C.  The above-mentioned Notice was served first class mail postage prepaid and/or electronically via ECF, to all creditors and interested parties on the mailing matrix in this case this same day.

   9.  The Trustee also requests that, in the event that the sale to the Purchaser does not close, she is authorized to sell to a substitute purchaser without further notice so long as the contract has substantially the same or better terms.

WHEREFORE, the Trustee respectfully requests an Order authorizing the sale of the Real Property in accordance with the Purchase Agreement and other terms set forth in the above Motion and for such other relief as the Court may deem just and proper.

Respectfully submitted,

**ROSE & ASSOCIATES, LLC**

/s/ Cheryl E. Rose
Cheryl E. Rose, Chapter 7 Trustee
9812 Falls Road, #114-334
Potomac, MD  20854
(301) 527-7789
trusteerose@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing **Motion to Sell Real Property, Notice of Sale and its Proposed Order** will be served electronically by the Court's CM/ECF system on the following:

- **Glenna Elizabeth Barner**   Glenna.Barner@maryland.gov
- **Leah Christina Freedman**   bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **Marie Louise Hagen**   mlh@mlhagenlaw.com
- **Keith R. Havens**   Keith.R.Havens@HavensLawFirm.com, Madeline.Reed@HavensLawFirm.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Darren Michael Margolis**   dmargolis@lawdmpa.com
- **Shannon Jacob Posner**   sjposner@posner-law.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Cheryl E. Rose**   trusteerose@aol.com, crose@ecf.axosfs.com
- **Roger Charles Simmons**   rsimmons@gordonsimmons.com, dwise@gordonsimmons.com; jdziubla@gordonsimmons.com
- **William Scott Tinney**   scott@cohenandformanlaw.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com

- **Brett Weiss** brett@bankruptcylawmaryland.com, brettecf@gmail.com; TheWeissLawGroup@jubileebk.net; chetan@BankruptcyLawMaryland.com

I HEREBY FURTHER CERTIFY that on this 2nd day of April, 2024, a copy of the foregoing **Motion to Sell Real Property, Notice of Sale and its Proposed Order** was also mailed first class mail, postage prepaid to the current mailing matrix and to:

One Hand LLC
9841 Washingtonian Blvd
Suite 200-1161
Gaithersburg, MD 20878

/s/ Cheryl E. Rose
Cheryl E. Rose, Chapter 7 Trustee