IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| In re: | * |
|  | * |
| CHARLES MARTIN | Case No. 20-18680-MCR |
|  | * Chapter 7 |
| Debtor | |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF TRUSTEE'S MOTION TO SELL REAL PROPERTY LOCATED AT
3910 Hayward Avenue, Baltimore, Maryland 21215**

<u>Hearing currently set for May 8, 2024 at 2:00 pm, Courtroom 3-C</u>

TO ALL CREDITORS AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that Cheryl E. Rose, Chapter 7 Trustee for the above referenced Estate, proposes to sell the real property described and compensate its broker/sales agent according to the terms and conditions stated below:

| | |
|---|---|
| TYPE OF SALE: | Private Sale |
| PURCHASER: | ONE HAND LLC |
| DATE OF SETTLEMENT: | Within 30 days of the Order approving this Motion |
| PROPERTY TO BE SOLD: | 3910 Hayward Avenue<br>Baltimore, Maryland 21215 |
| PURCHASE PRICE: | $ 8,500.00 |
| LIENS/MORTGAGES: | "As is" sale subject to any liens |
| SETTLEMENT COSTS: | $     0.00 |
| NET TO ESTATE: | <u>$ 8,500.00</u> |

Any response or objection to the Trustee's proposed sale must state the facts and legal grounds on which the objection is based and must be in writing and be filed within twenty-one (21) days from the date of this mailing as shown below, inclusive of (3) days for mailing, unless otherwise ordered by the Court. Accordingly, any response or objection must be filed no later than **April 23, 2024.** All responses or objections must be filed in accordance with Administrative Order Directing the Electronic Filing of Pleadings by Attorneys dated May 24, 2004 or, if *pro se*, mailed to the Clerk of Court, United States Bankruptcy Court, 6500 Cherrywood Lane, #300, Greenbelt, MD 20770, with a copy served on the Trustee at her address shown below. A copy of the response or objection should also be served on the United States Trustee, 6305 Ivy Lane, #600, Greenbelt, MD 20770. If no responses or objections are filed, the sale may proceed in accordance with the terms recited herein, without any further notice to creditors or order of the Court. A hearing on the Motion is currently scheduled for **May 8, 2024 at 2:00 p.m., Courtroom 3-C**, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770. If you do not file a timely response or objection to the Notice, the Court may, without further notice, authorize the sale of the property prior to the scheduled hearing date.

                                                  Respectfully submitted,

Date of Mailing:  April 2, 2024                /s/ Cheryl E. Rose
                                                  Cheryl E. Rose, Trustee, Bar #05934
                                                    9812 Falls Road, #114-334
                                                    Potomac, MD  20854
                                                    (301) 527-7789
                                                    trusteerose@aol.com