## Standard Purchase and Sale Agreement

This agreement is made this **6th** day of **March**, 20**24**

Between Seller(s): **Cheryl E. Rose, Chapter 7 Trustee for the Charles Martin Estate**

And Buyer(s): **One Hand LLC respresented by Brian Thomas Its Manager** and/or assigns.

Seller agrees to sell and buyer agrees to buy the following described real property together with all improvements and fixtures and the personal property described below:

Street Address: **3910 Hayward Avenue**

City, State, Zip: **Baltimore Maryland 21215**

Legal description: **Townhome**

The purchase price to be paid as follows:

Initials **BT CEN** Earnest Money Deposit $ **1,000**

Initials **BT CEN** Cash to Seller at Closing $ ~~8,500~~ **7,500**

Total Purchase Price $ **8,500**

**1. EARNEST MONEY** to be deposited with a licensed title company or attorney within 48 hours of acceptance and ratification of offer. If this contract is canceled by buyer pursuant to the terms of this contract, buyer becomes entitled to a return of the EMD and escrow agent shall immediately refund to buyer all EMD then in escrow. Earnest Money Deposit in the amount of $1,000 to be held by Seller.

Initials **BT CEN**

**2. FINANCING:** Funds to purchase this property shall be:

**XX** Cash. "Cash" is defined as capital from buyer's personal funds and/or buyer's investors, partners and/or unconventional lending sources. This agreement is not contingent on buyer securing funds to close.

_____ Seller Financing with the following terms: _____

**3. Quit Claim Deed:** Property will be conveyed as a Quit Claim Deed.

**4. CLOSING DATE AND TRANSFER OF TITLE:** This transaction shall close on or before:

Settlement shall occur within 10 days from the court approving the Motion to Sell.

Initials **BT CEN**

~~April 22~~, 20 **24**. Closing will be held at **Terrain Title**

BUYER(S) INITIALS **BT**        SELLER(S) INITIALS **CEN**

**5. ESCROW AND CLOSING FEES**: Closing fees due at close of escrow to include delinquent property taxes, mortgage liens, or any liens to be paid as follows:

_____ Buyer and Seller shall each pay their respective escrow and closing fees according to the usual and customary practices in the state of _____

_____ Buyer and Seller agree to split evenly all escrow and closing costs.

__XX__ Buyer shall pay all escrow and closing fees

_____ Seller shall pay all escrow and closing fees.

**6. DAMAGE TO PROPERTY**: Seller shall sell the property in its current "as is" condition.

**7. INSPECTION PERIOD**: The buyer will waive inspection, and the seller will not be obligated to make any repairs.

Initials _B T_ _CEN_

~~8. ACCESS TO PROPERTY: Between contract date and close of escrow, seller grants buyer and/or buyer's employees, inspectors, partners, investors, contractors and/or agent(s) full access to the property as follows:~~

Initials _B T_ _CEN_

~~XX ____VACANT. If the property is vacant as of the contract date, buyer reserves the right to install a lockbox on the property, which will contain a key to the property supplied by the seller. Seller acknowledges and agrees that the lockbox will permit access to the property, and that it is possible an unauthorized person may go into the property. Buyer is not insuring seller against theft, loss or vandalism resulting from any unauthorized access.~~

Initials _B T_ _CEN_

~~_____OCCUPIED. If the property is occupied by seller, tenant or otherwise as of the contract date, seller will permit the buyer access with a 24-hour notice.~~

**9. TENANT OCCUPIED.** If the property is used as a rental property, tenant shall:

_____ Vacate property before the close of escrow.

_____ Continue occupying property according to applicable and current lease agreement. Seller shall deliver the following to buyer within five days of contract date: (a) current lease(s) of the property; (b) a certified rent roll (which seller will update at least five days before close of escrow); (c) evidence of security deposits on hand, if any.

**10. PROPERTY TURNOVER.** Seller will provide buyer the keys to the property at closing of escrow.

BUYER(S) INITIALS _____      SELLER(S) INITIALS _CEN_____

**11. DEBRIS/PERSONAL BELONGINGS.** At close of escrow, seller shall deliver the property to buyer:

__XX__ WITH debris and/or personal belongings that are currently present in the property. Buyer assumes all responsibility for trash-out, removal and clean-up of said debris/belongings from the interior/exterior of the property.

_____ WITHOUT debris and/or personal belongings that are currently present in the property. Seller assumes all responsibility for trash-out, removal and clean-up of said debris/belongings from the interior/exterior of the property.

**12. ADDITIONAL PERSONAL PROPERTY.** The following personal property is to be included in the sale herein: if any: _____

**13. INVESTOR DISCLOSURE.** Seller acknowledges that buyer is an investor and purchases properties with the intent to lease, "flip", resell, or otherwise make a profit. Seller acknowledges that the purchase price may be less than market value, and is willingly selling it as such for convenience, to save time, lack of funds to renovate/update, and/or other personal reasons. Seller waives any claims against any existing equity or added value arising from the property. Buyers has not made seller any representations or promises as to the value of the property in its "as-is" condition.

**14. LEAD BASED PAINT ACKNOWLEDGEMENT:** All parties acknowledge that residential dwellings constructed prior to 1978 are likely to contain lead-based paint which could create a health hazard. In the event that the real property which is the subject of this agreement consists of or contains a residential unit built prior to 1978, the parties agree that each party has received, reviewed, signed and annexed hereto a completed disclosure and acknowledgment form regarding lead-based paint as required by federal HUD/EPA disclosure regulations.

**15. REPRESENTATIONS BY SELLER.** Seller represents and warrants to buyer as follows: (a) Seller has no actual knowledge and has received no notice that the property is not in compliance withal applicable laws governing the use and operation thereof, nor, to sellers actual knowledge, does there exist any facts or circumstances on the property which notice or the passage of time would constitute such violation. (b) As of contract date, seller has not entered into any other agreements or contracts to sell the property.

**16. Other Agreements:** The seller will not undertake the clearance of any liens or judgments against the property, nor does the seller possess knowledge of any such liens or judgments. It is the responsibility of the buyer to clear any liens and judgments, with the provision that the buyer will not be liable for any costs identified by the title company that exceed the value of the property, to avoid placing the buyer in financial jeopardy   Property is being sold "as is".

Initials _BT_ _CER_

**17. AGENCY.** ~~Seller acknowledges they have not been represented by the buyer or by any representative of the buyer with respect to the purchase and sale of the property. Seller agrees and understands that the buyer and any buyer's representative are not acting as seller's broker or agent in the transaction and have been acting solely for buyer's own benefit as a principle to this agreement. Seller agrees to hold buyer free from any/all liability regarding the property and transaction arising from any claims of agency.~~

Initials _BT_ _CER_

**18. ASSIGNMENT AND RELEASE.** Seller agrees and acknowledges that buyer may assign their rights under this agreement to a wholly or partially owned entity of the buyer or third party that will close directly with the seller. ~~If such an assignment should happen, seller agrees to release buyer from any liability or duties under this agreement.~~

Initials _BT_ _CER_

BUYER(S) INITIALS _BT_ _____        SELLER(S) INITIALS _CER_ _____

**19. RIGHT TO COUNSEL.** Seller represents and agrees that seller fully understands seller's rights to discuss all aspects of this contract with an attorney, that seller has carefully read and fully understands all of the provisions of this contract. That seller freely and voluntarily entered into this contract and seller has read this document in its entirety and fully understands the meaning, intent and consequences of this contract. This representation will survive this contract's termination.

**20. GOVERNING LAW/JURISDICTION.** This agreement shall be governed by, construed and enforced under the laws of the state of _Maryland_ whose courts shall have jurisdiction over any legal proceedings or actions arising out of this agreement. _Baltimore_ County, in the state of _Maryland_ shall be the place of venue of any such proceeding or action.

**19. ADDITIONAL TERMS AND CONDITIONS:** (If none write none)

None

---

The undersigned have read the above information, understand it and verify that it is correct.

Seller: _Cheryl E. Rose_  3/29/24       Seller: _____  _____
Signature              Date                Signature           Date

_Ch'n Trust_

Printed Name                               Printed Name

Buyer: _[signature]_  3/6/24              Buyer: _____  _____
Signature              Date                Signature           Date

_Brian Thomas, Manager, One Hand LLC_
Printed Name                               Printed Name