United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 20-18680-MCR |
| Charles Martin | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdfall | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Andrew A. Werner, REMAX Realty Group, 6 Montgomery Village Ave.,, Suite 200, Gaithersburg, MD 20879-3548 |
| | + | U.S. Trustee Office, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| intp | + | United States Marshals Service, Attention: Mathew Silverman, Chief, 6500 Cherrywood Lane, Greenbelt, MD 20770-1249 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: cmlitigation@gmail.com | Apr 01 2024 21:20:00 | Charles Martin, 5803 Lowery Lane, Upper Marlboro, MD 20772-3946 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | ##+ | James H. Brandon, 16905 Germantown Road, Germantown, MD 20874-3013 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 03, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett Weiss | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdfall | Total Noticed: 4 |

    brett@bankruptcylawmaryland.com
    brettecf@gmail.com,TheWeissLawGroup@jubileebk.net,chetan@BankruptcyLawMaryland.com,kbanks@bankruptcylawmaryland.com

Cheryl E. Rose
    trusteerose@aol.com crose@ecf.axosfs.com

Darren Michael Margolis
    dmargolis@lawdmpa.com

Glenna Elizabeth Barner
    Glenna.Barner@maryland.gov

James M. Hoffman
    jhoffman@offitkurman.com mmargulies@offitkurman.com

Keith R. Havens
    Keith.R.Havens@HavensLawFirm.com Madeline.Reed@HavensLawFirm.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV

Leah Christina Freedman
    bankruptcy@bww-law.com leah.freedman@bww-law.com

Lynn A. Kohen
    lynn.a.kohen@usdoj.gov

Marie Louise Hagen
    mlh@mlhagenlaw.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
    bdept@mrrlaw.net

Roger Charles Simmons
    rsimmons@gordonsimmons.com dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Shannon Jacob Posner
    sjposner@posner-law.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

William Scott Tinney
    scott@cohenandformanlaw.com

TOTAL: 16

Entered: April 1st, 2024
Signed: March 30th, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| In re: | * |
| CHARLES MARTIN | * Case No. 20-18680-MCR |
|  | * Chapter 7 |
| Debtor | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY
### LOCATED AT
### 5209 BEAUFORT AVENUE, BALTIMORE, MARYLAND 21215

Upon the Trustee's Motion to Sell Real Property located at 5209 Beaufort Avenue, Baltimore, Maryland 21215, pursuant to 11 U.S.C. Sections 363(b), having been read and considered, and notice having been given to all creditors and parties in interest entitled to notice and no objections have been filed, it is, by the United States Bankruptcy Court for the District of Maryland, is Granted, and it is hereby

**ORDERED**, that the Trustee is authorized to sell the Estate's interest in the Real Property located at 5209 Beaufort Avenue, Baltimore, Maryland 21215, according to the terms set forth in the Trustee's Motion to Sell Real Property and the Notice of Motion to Sell, the Purchase Agreement attached to said Motion, and it is further;

**ORDERED**, that the sales price on the Purchase Agreement is for Eight Thousand Dollars and 00/100 Cents ($8,000.00); and it is further

**ORDERED**, that the Trustee, is authorized to execute all documents in connection with the sale and to make the payment of all reasonable costs, charges and taxes as required by the contract of sale; and it is further

**ORDERED**, that the Trustee, is authorized to sell the Property to a substitute purchaser without further notice in the event that the sale to the Purchaser does not close so long as the contract has substantially the same or better terms.

cc:

- **Glenna Elizabeth Barner**    Glenna.Barner@maryland.gov
- **Leah Christina Freedman**    bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **Marie Louise Hagen**    mlh@mlhagenlaw.com
- **Keith R. Havens**    Keith.R.Havens@HavensLawFirm.com, Madeline.Reed@HavensLawFirm.com
- **James M. Hoffman**    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Nicole C. Kenworthy**    bdept@mrrlaw.net
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **Darren Michael Margolis**    dmargolis@lawdmpa.com
- **Shannon Jacob Posner**    sjposner@posner-law.com
- **L. Jeanette Rice**    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Cheryl E. Rose**    trusteerose@aol.com, crose@ecf.axosfs.com
- **Roger Charles Simmons**    rsimmons@gordonsimmons.com, dwise@gordonsimmons.com; jdziubla@gordonsimmons.com
- **William Scott Tinney**    scott@cohenandformanlaw.com
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com
- **Brett Weiss**    brett@bankruptcylawmaryland.com, brettecf@gmail.com; TheWeissLawGroup@jubileebk.net; chetan@BankruptcyLawMaryland.com; kbanks@bankruptcylawmaryland.com

James H. Brandon
16905 Germantown Road
Germantown, MD 20874

Charles Martin
5803 Lowery Lane
Upper Marlboro, MD 20772

United States Marshals Service
Attention: Mathew Silverman, Chief
6500 Cherrywood Lane
Greenbelt, MD 20770

Andrew A. Werner
REMAX Realty Group
6 Montgomery Village Ave.,
Suite 200
Gaithersburg, MD 20879

**END OF ORDER**