IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:

Charles Martin      *      Case Number: 20-18680-MCR

     *      Chapter 7

     Debtor.

     *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEBTOR'S RESPONSE AND OPPOSITION TO THE TRUSTEE'S MOTION TO SELL REAL PROPERTY LOCATED AT
### 5209 Beaufort Avenue, Baltimore, Maryland 21215

\* \* \* \* \* \* \* \* \* \* \* \* \*

**COMES NOW, Charles Martin, Debtor,** in the above captioned bankruptcy estate (hereinafter the "Estate"), temporarily Pro Se, who files this **Response and Opposition** to the Trustee's Motion to Sell Real Property Located at 5209 Beaufort Avenue, Baltimore, MD 21215, and respectfully states to this Court as follows:

1. The Debtor acknowledges that the Trustee has filed a Motion to Sell.

2. The Debtor doesn't have the ability to attend the hearing at its presently scheduled date and time and has contemporaneously filed a Motion to Continue said hearing.

3. The Debtor hereby files this meritorious objection.

4. The Debtor objects to the Trustee's Motion to Sell for the following reasons:

   a. There's a question of the Debtor's personal ownership interests in the entity which owns said property. Given this fact, a transfer would be improper; and,

   b. The proposed consideration is insufficient to resolve the two recorded liens on the subject property; and,

   c. Under the Trustee's current proposal, the ownership interest would transfer, but the underlying debt would remain with the entity which owns the asset. This

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

proposal is not a good proposal and doesn't resolve any of the Debtor's issues in this case, but complicates them.

5. Given the facts as stated herein, the Debtor prays that this Court enters an Order which denies the relief prayed by the Trustee in her Motion to Sell.

**WHEREFORE, Charles Martin,** Debtor in the above captioned matter prays the following of this Court:

1. That this Court enters an Order which denies the Trustee's Motion to Sell; and,
2. Grant any other and further relief that this Court deems just, fair, proper, in the interest of justice, and in the interest of the Debtor's reorganization.

Respectfully Submitted:

*/s/ Charles Martin*

**Charles Martin**
5803 Lowery Lane
Upper Marlboro, MD 20772

April 16, 2024

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **16th day of April, 2024,** that the following parties were served via this Court's CM/ECF system electronically on the the following:

1. Glenna E. Barner
2. Leah Christina Freedman
3. Marie Louise Hagen
4. Keith R. Havens
5. James M. Hoffman
6. Nicole C. Kenworthy
7. Lynn A. Kohen
8. Darren Michael Margolis
9. Shannon Jacob Posner
10. L. Jeanette Rice
11. Cheryl E. Rose
12. Roger Charles Simmons
13. William Scott Tinney
14. U. S. Trustee - Greenbelt
15. Maurice Belmont VerStandig
16. Brett Weiss

**Respectfully Served:**

_____
**Charles Martin**
5803 Lowery Lane
Upper Marlboro, MD 20772

April 16, 2024