# Exhibit A

## SECTION 1

### FORMATION, NAME, OFFICERS, PURPOSE, AND TERM

1.1 **ORGANIZATION.** The parties hereby organize a Limited Liability Company pursuant to the Laws of the District of Columbia and the laws of all states of the United States of America where MY1STHOUSE.COM, LLC may operate and the provisions of this Agreement and for that purpose have caused Articles of Organization to be prepared, executed, and filed with the DISTRICT OF COLUMBIA and any other jurisdiction in which MY1STHOUSE.COM, LLC may operate.

1.2 **NAME OF THE COMPANY.** The name of the Company shall be MY1STHOUSE.COM, LLC

1.3 **PURPOSE.** The Company is solely organized to acquire, renovate, sell, and/or assign real property.

1.4 **TERM.** The term of the Company shall commence as of the date of this Agreement. Thirty years thereafter, the Company shall initiate proceedings to wind down and dissolve. Unless the Managing Member directs, the wind-down and dissolution shall be completed within 30 years. The Managing Member shall have the sole and exclusive right to bargain and sell the assets of MY1STHOUSE.COM, LLC.

1.5 **PRINCIPAL OFFICE.** The principal office of the Company shall be 1338 L St. SE, Washington, DC 20003 and the alternate address shall be 5803 Lowery Lane, Upper Marlboro, MD 20772 or at any place which the Managing Member will direct.

1.6 **RESIDENT AGENT.** The name and address of the Company's resident agent in the District of Columbia shall be Charles Martin whose principal address is 1338 L St. SE, Washington, DC 20003.

1.7 **MEMBERS.** The names and present mailing addresses and membership/ownership percentages of each Member are set forth in Section 2.1 and on Exhibit A.

## SECTION II
## MEMBERS

2.1   The Members of **MY1STHOUSE.COM, LLC** are the following:

### SCHEDULE OF MEMBERS

| Name | Address | Email Address | Phone Number |
|---|---|---|---|
| Charles M. Martin | 5803 Lowery Lane<br>Upper Marlboro, MD 20772<br><br>1338 L ST. SE<br>Washington, DC 20003 | sircharlesmartin@aol.com | 301.875.2775 |

## Exhibit A

## AMENDED LIST OF MEMBERS AND PERCENTAGES

## EFFECTIVE AS OF MAY 16, 2012

| NAME AND ADDRESS | PERCENTAGE | ACTIVE OR PASSIVE MEMBER |
|---|---|---|
| Charles M. Martin<br>5803 Lowery Lane<br>Upper Marlboro, MD 20772<br><br>ALTERNATE ADDRESS:<br>1338 L ST. SE<br>WASHINGTON, DC 20003 | 100% | Active |