

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **20–18680 – MCR**    Chapter: **7**    Doc No.: **528**

**Charles Martin**
Debtor

## ORDER CONTINUING HEARING OF
## MOTION TO SELL 3910 HAYWARD AVENUE, BALTIMORE, MARYLAND 21215.

Upon consideration of the motion for continuance filed in the above−captioned matter by Charles Martin, and it appearing that the relief requested is justified because he states that he is not available for the currently scheduled hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the hearing scheduled for May 8, 2024, is continued to **May 15, 2024 at 11:00 a.m. by videoconference (for videoconference hearing access information, go to www.mdb.uscourts.gov/hearings)**; and it is further

ORDERED, that the Chapter 7 trustee shall provide notice of this continuance to the proposed purchaser of the subject property and to any party who may claim to have a lien against the subject property; and it is further

ORDERED, that nothing in this Order shall be construed as a determination that Mr. Martin has standing to be heard in this proceeding.

cc:    Debtor (pro se)
       Chapter 7 trustee
       Chapter 7 trustee's counsel

### End of Order

12x01 (rev. 05/21/2012) – MichelleRaymond