**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

|  |  |
|---|---|
| In re: | * |
| CHARLES MARTIN | * Case 20-18680-MCR |
|  | Chapter 7 |
| Debtor | * |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE
FOR DOCKET 531 – ORDER CONTINUING HEARING OF MOTION TO SELL 3910
HAYWARD AVENUE, BALTIMORE, MARYLAND 21215**

Pursuant to the instructions in the Order Continuing Hearing of Motion to Sell 3910 Hayward Avenue, Baltimore, Maryland 21215 entered on May 5, 2024 (Docket 531),

I HEREBY CERTIFY that on this 8th day of May, 2024, a copy of the **Order Continuing Hearing of Motion to Sell 3910 Hayward Avenue, Baltimore, Maryland 21215** was mailed first class mail, postage prepaid to the following:

Charles Martin (Debtor)
5803 Lowery Lane
Upper Marlboro, MD 20772
(also sent via email)

Evergreen Title & Escrow Corp. Profit Sharing Plan (Secured Creditor)
Attention: Ronald B. Edlavitch
305 Casey Lane
Rockville, MD 20850

Ronald B. Edlavitch (Resident Agent of Evergreen Title & Escrow Corp.)
c/o The Verstandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854-3976
(also sent via email)

David Edlavitch (Trustee for the Deed of Trust)
5826 Osceola Road
Bethesda, MD 20816-2033

Bureau of Revenue Collections (Baltimore City Property Tax)
Bankruptcy Department
200 Holliday Street
Baltimore, MD 21202

One Hand LLC (Purchaser of Subject Property)
9841 Washingtonian Blvd
Suite 200-1161
Gaithersburg, MD 20878
(also sent via email)

                Respectfully submitted,

                **ROSE & ASSOCIATES, LLC**

                /s/ Cheryl E. Rose
                Cheryl E. Rose, Chapter 7 Trustee, #05934
                9812 Falls Road, #114-334
                Potomac, MD  20854
                (301) 527-7789