United States Bankruptcy Court
District of Maryland

In re:  Case No. 20-18680-MCR
Charles Martin  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0  User: admin  Page 1 of 2
Date Rcvd: May 07, 2024  Form ID: pdfall  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: cmlitigation@gmail.com | May 07 2024 19:12:00 | Charles Martin, 5803 Lowery Lane, Upper Marlboro, MD 20772-3946 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brett Weiss
     brett@bankruptcylawmaryland.com
     brettecf@gmail.com,TheWeissLawGroup@jubileebk.net,chetan@BankruptcyLawMaryland.com,kbanks@bankruptcylawmaryland.com

Cheryl E. Rose
     trusteerose@aol.com  crose@ecf.axosfs.com

Darren Michael Margolis
     dmargolis@lawdmpa.com

Glenna Elizabeth Barner
     Glenna.Barner@maryland.gov

James M. Hoffman

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: May 07, 2024 | Form ID: pdfall | Total Noticed: 1 |

                jhoffman@offitkurman.com mmargulies@offitkurman.com

Keith R. Havens
                Keith.R.Havens@HavensLawFirm.com Madeline.Reed@HavensLawFirm.com

L. Jeanette Rice
                Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV

Leah Christina Freedman
                bankruptcy@bww-law.com leah.freedman@bww-law.com

Lisa Yonka Stevens
                lisa.y.stevens@usdoj.gov

Lynn A. Kohen
                lynn.a.kohen@usdoj.gov

Marie Louise Hagen
                mlh@mlhagenlaw.com

Maurice Belmont VerStandig
                mac@mbvesq.com
                lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
                bdept@mrrlaw.net

Roger Charles Simmons
                rsimmons@gordonsimmons.com dwise@gordonsimmons.com,jdziubla@gordonsimmons.com

Shannon Jacob Posner
                sjposner@posner-law.com

US Trustee - Greenbelt
                USTPRegion04.GB.ECF@USDOJ.GOV

William Scott Tinney
                scott@cohenandformanlaw.com

TOTAL: 17

Entered: May 7th, 2024
Signed: May 7th, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:  Case No.: **20−18680 − MCR**  Chapter: **7**  Doc No.: **528**

**Charles Martin**
Debtor

## ORDER CONTINUING HEARING OF
## MOTION TO SELL 3910 HAYWARD AVENUE, BALTIMORE, MARYLAND 21215.

Upon consideration of the motion for continuance filed in the above−captioned matter by Charles Martin, and it appearing that the relief requested is justified because he states that he is not available for the currently scheduled hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the hearing scheduled for May 8, 2024, is continued to **May 15, 2024 at 11:00 a.m. by videoconference (for videoconference hearing access information, go to www.mdb.uscourts.gov/hearings)**; and it is further

ORDERED, that the Chapter 7 trustee shall provide notice of this continuance to the proposed purchaser of the subject property and to any party who may claim to have a lien against the subject property; and it is further

ORDERED, that nothing in this Order shall be construed as a determination that Mr. Martin has standing to be heard in this proceeding.

cc:  Debtor (pro se)
     Chapter 7 trustee
     Chapter 7 trustee's counsel

### End of Order

12x01 (rev. 05/21/2012) − MichelleRaymond