**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| In re: | * |
|  | * |
| CHARLES MARTIN | Case No. 20-18680-MCR |
|  | * Chapter 7 |
| Debtor | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S REPORT OF SALE**
**(5209 Beaufort Avenue, Baltimore, Maryland 21215)**

| | |
|---|---|
| FUNDS RECEIVED: | May 13, 2024 |
| PROPERTY SOLD: | 5209 Beaufort Avenue<br>Baltimore, Maryland 21215 |
| PURCHASER: | Different Directions LLC |
| SALE PRICE: | $   8,000.00 |
| COSTS AND EXPENSES: | $        0.00 |
| LIENS PAID FROM SALE PROCEEDS: | $    None |
| NET TO BANKRUPTCY ESTATE: | $   8,000.00 |

Dated:  May 15, 2024                          Respectfully submitted,

**ROSE & ASSOCIATES, LLC**

/s/ Cheryl E. Rose
Cheryl E. Rose, Chapter 7 Trustee, #05934
9812 Falls Road, #114-334
Potomac, Maryland 20854
(301) 527-7789
trusteerose@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2024, a copy of the foregoing Report of Sale will be served electronically by the Court's CM/ECF system on the following:

- **Glenna Elizabeth Barner**   Glenna.Barner@maryland.gov
- **Leah Christina Freedman**   bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **Marie Louise Hagen**   mlh@mlhagenlaw.com
- **Keith R. Havens**   Keith.R.Havens@HavensLawFirm.com, Madeline.Reed@HavensLawFirm.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Darren Michael Margolis**   dmargolis@lawdmpa.com
- **Shannon Jacob Posner**   sjposner@posner-law.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Cheryl E. Rose**   trusteerose@aol.com, crose@ecf.axosfs.com
- **Roger Charles Simmons**   rsimmons@gordonsimmons.com, dwise@gordonsimmons.com; jdziubla@gordonsimmons.com
- **Lisa Yonka Stevens**   lisa.y.stevens@usdoj.gov
- **William Scott Tinney**   scott@cohenandformanlaw.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Brett Weiss**   brett@bankruptcylawmaryland.com, brettecf@gmail.com; TheWeissLawGroup@jubileebk.net; chetan@BankruptcyLawMaryland.com; kbanks@bankruptcylawmaryland.com

I HEREBY FURTHER CERTIFY that on this 15th day of May, 2024, a copy of the foregoing Report of Sale was also mailed first class mail, postage prepaid to the attached current court mailing matrix.

/s/ Cheryl E. Rose
Cheryl E. Rose, #05934, Chapter 7 Trustee