Entered: May 16th, 2024
Signed: May 15th, 2024

**SO ORDERED**

For the reasons stated on the record at a hearing held on May 15, 2024, the Debtor's objections are overruled and the motion is granted.



*Maria Ellena Chavez-Ruark*
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| In re: | * |
| CHARLES MARTIN | * Case No. 20-18680-MCR |
|  | * Chapter 7 |
| Debtor | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY LOCATED AT
### 3910 HAYWARD AVENUE, BALTIMORE, MARYLAND 21215

Upon the Trustee's Motion to Sell Real Property located at 3910 Hayward Avenue, Baltimore, Maryland 21215, pursuant to 11 U.S.C. Sections 363(b), having been read and considered, and notice having been given to all creditors and parties in interest entitled to notice and no objections have been filed, it is, by the United States Bankruptcy Court for the District of Maryland, is Granted, and it is hereby

**ORDERED**, that the Trustee is authorized to sell the Estate's interest in the Real Property located at 3910 Hayward Avenue, Baltimore, Maryland 21215, according to the terms set forth in the Trustee's Motion to Sell Real Property and the Notice of Motion to Sell, the Purchase Agreement attached to said Motion, and it is further;

**ORDERED**, that the sales price on the Purchase Agreement is for Eight Thousand Five Hundred Dollars and 00/100 Cents ($8,500.00); and it is further

**ORDERED**, that the Trustee, is authorized to execute all documents in connection with the sale; and it is further

**ORDERED**, that the Trustee, is authorized to sell the Property to a substitute purchaser without further notice in the event that the sale to the Purchaser does not close so long as the contract has substantially the same or better terms.

cc:

- **Glenna Elizabeth Barner**   Glenna.Barner@maryland.gov
- **Leah Christina Freedman**   bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **Marie Louise Hagen**   mlh@mlhagenlaw.com
- **Keith R. Havens**   Keith.R.Havens@HavensLawFirm.com, Madeline.Reed@HavensLawFirm.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Darren Michael Margolis**   dmargolis@lawdmpa.com
- **Shannon Jacob Posner**   sjposner@posner-law.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Cheryl E. Rose**   trusteerose@aol.com, crose@ecf.axosfs.com
- **Roger Charles Simmons**   rsimmons@gordonsimmons.com, dwise@gordonsimmons.com;jdziubla@gordonsimmons.com
- **William Scott Tinney**   scott@cohenandformanlaw.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com
- **Brett Weiss**   brett@bankruptcylawmaryland.com, brettecf@gmail.com; TheWeissLawGroup@jubileebk.net;chetan@BankruptcyLawMaryland.com

James H. Brandon
16905 Germantown Road
Germantown, MD 20874

Charles Martin
5803 Lowery Lane
Upper Marlboro, MD 20772

United States Marshals Service
Attention: Mathew Silverman, Chief
6500 Cherrywood Lane
Greenbelt, MD 20770

Andrew A. Werner
REMAX Realty Group
6 Montgomery Village Ave.,
Suite 200
Gaithersburg, MD 20879

One Hand LLC
9841 Washingtonian Blvd
Suite 200-1161
Gaithersburg, MD 20878

**END OF ORDER**