United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 20-18680-MCR |
| Charles Martin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: May 16, 2024 | Form ID: pdfall | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| r | + | Andrew A. Werner, Jr., REMAX Realty Group, 6 Montgomery Village Ave.,, Suite 200, Gaithersburg, MD 20879-3548 |
| | + | One Hand LLC, 9841 Washingtonian Blvd, Suite 200-1161, Gaithersburg, MD 20878-5389 |
| | + | United States Marshals Service, Attention: Mathew Silverman, Chief, 6500 Cherrywood Lane, Greenbelt, MD 20770-1249 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: cmlitigation@gmail.com | May 16 2024 19:21:00 | Charles Martin, 5803 Lowery Lane, Upper Marlboro, MD 20772-3946 |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | May 16 2024 19:22:00 | Office of the U. S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | ##+ | James H. Brandon, 16905 Germantown Road, Germantown, MD 20874-3013 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdfall | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| Brett Weiss | brett@bankruptcylawmaryland.com brettecf@gmail.com,TheWeissLawGroup@jubileebk.net,chetan@BankruptcyLawMaryland.com,kbanks@bankruptcylawmaryland.com |
| Cheryl E. Rose | trusteerose@aol.com  crose@ecf.axosfs.com |
| Darren Michael Margolis | dmargolis@lawdmpa.com |
| Glenna Elizabeth Barner | Glenna.Barner@maryland.gov |
| James M. Hoffman | jhoffman@offitkurman.com  mmargulies@offitkurman.com |
| Keith R. Havens | Keith.R.Havens@HavensLawFirm.com  Madeline.Reed@HavensLawFirm.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Leah Christina Freedman | bankruptcy@bww-law.com  leah.freedman@bww-law.com |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Marie Louise Hagen | mlh@mlhagenlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Roger Charles Simmons | rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com |
| Shannon Jacob Posner | sjposner@posner-law.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |
| William Scott Tinney | scott@cohenandformanlaw.com |

TOTAL: 17

Entered: May 16th, 2024
Signed: May 15th, 2024

**SO ORDERED**

For the reasons stated on the record at a hearing held on May 15, 2024, the Debtor's objections are overruled and the motion is granted.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| CHARLES MARTIN | | Case No. 20-18680-MCR |
| | * | Chapter 7 |
| Debtor | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY LOCATED AT
### 3910 HAYWARD AVENUE, BALTIMORE, MARYLAND 21215

Upon the Trustee's Motion to Sell Real Property located at 3910 Hayward Avenue, Baltimore, Maryland 21215, pursuant to 11 U.S.C. Sections 363(b), having been read and considered, and notice having been given to all creditors and parties in interest entitled to notice and no objections have been filed, it is, by the United States Bankruptcy Court for the District of Maryland, is Granted, and it is hereby

**ORDERED**, that the Trustee is authorized to sell the Estate's interest in the Real Property located at 3910 Hayward Avenue, Baltimore, Maryland 21215, according to the terms set forth in the Trustee's Motion to Sell Real Property and the Notice of Motion to Sell, the Purchase Agreement attached to said Motion, and it is further;

**ORDERED**, that the sales price on the Purchase Agreement is for Eight Thousand Five Hundred Dollars and 00/100 Cents ($8,500.00); and it is further

**ORDERED**, that the Trustee, is authorized to execute all documents in connection with the sale; and it is further

**ORDERED**, that the Trustee, is authorized to sell the Property to a substitute purchaser without further notice in the event that the sale to the Purchaser does not close so long as the contract has substantially the same or better terms.

cc:

- **Glenna Elizabeth Barner**   Glenna.Barner@maryland.gov
- **Leah Christina Freedman**   bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **Marie Louise Hagen**   mlh@mlhagenlaw.com
- **Keith R. Havens**   Keith.R.Havens@HavensLawFirm.com, Madeline.Reed@HavensLawFirm.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Darren Michael Margolis**   dmargolis@lawdmpa.com
- **Shannon Jacob Posner**   sjposner@posner-law.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Cheryl E. Rose**   trusteerose@aol.com, crose@ecf.axosfs.com
- **Roger Charles Simmons**   rsimmons@gordonsimmons.com, dwise@gordonsimmons.com;jdziubla@gordonsimmons.com
- **William Scott Tinney**   scott@cohenandformanlaw.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com
- **Brett Weiss**   brett@bankruptcylawmaryland.com, brettecf@gmail.com; TheWeissLawGroup@jubileebk.net;chetan@BankruptcyLawMaryland.com

James H. Brandon
16905 Germantown Road
Germantown, MD 20874

Charles Martin
5803 Lowery Lane
Upper Marlboro, MD 20772

United States Marshals Service
Attention: Mathew Silverman, Chief
6500 Cherrywood Lane
Greenbelt, MD 20770

Andrew A. Werner
REMAX Realty Group
6 Montgomery Village Ave.,
Suite 200
Gaithersburg, MD 20879

One Hand LLC
9841 Washingtonian Blvd
Suite 200-1161
Gaithersburg, MD 20878

**END OF ORDER**