Entered: June 5th, 2024
Signed: June 4th, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**CHARLES MARTIN**<br><br>Debtor. | **Case No.: 20-18680-MCR**<br>**Chapter 7** |
| **GERARD R. VETTER**<br>**ACTING UNITED STATES TRUSTEE**<br>**for REGION 4,**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES MARTIN**<br><br>Defendant. | **Adversary No.: 24-00085-MCR** |

### DEFAULT ORDER DENYING DEBTOR'S DISCHARGE

UPON CONSIDERATION of the Complaint to Deny Discharge of Debtor ("Complaint") filed in the above-captioned adversary proceeding under 11 U.S.C. 727, the Defendant's failure to respond after proper service of the Complaint and Summons, and the entry of default entered

by the Clerk of the Court, and the Motion of the United States Trustee for Judgment by Default,

IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that Charles Martin be and here is DENIED a discharge; and its further

ORDERED, that Charles Martin shall not receive a discharge of debts pursuant to 11 U.S.C. §§ 727(a)(4) and (6)(A); and it is further

ORDERED, that all creditors be notified of the termination of the automatic stay against Charles Martin, individually, and nothing herein effects the automatic stay as to acts against the property of the estate.

cc:

Lisa Yonka Stevens   Lisa.Y.Stevens@usdoj.gov
US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV

Charles Martin
5803 Lowery Lane
Upper Marlboro, MD 20772

**END OF ORDER**