United States Bankruptcy Court
District of Maryland

In re:                                                                                                                                  Case No. 20-18680-MCR
Charles Martin                                                                                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                        User: admin                                                   Page 1 of 6
Date Rcvd: Jun 24, 2024                Form ID: nrevdend                                    Total Noticed: 98

The following symbols are used throughout this certificate:
**Symbol      Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| r | + | Andrew A. Werner, Jr., REMAX Realty Group, 6 Montgomery Village Ave.,, Suite 200, Gaithersburg, MD 20879-3548 |
| sptr | + | James M. Hoffman, Offit Kurman, P.A., 7501 Wisconsin Ave, Ste 1000 W, Bethesda, MD 20814-6527 |
| cr | + | Joseph, Greenwald & Laake, PA, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770-1400 |
| cr | #+ | MARYLAND WINDOW & SIDING SYSTEMS, INC., C/O DARREN MARGOLIS, 104 CHURCH LANE, # 203, BALTIMORE, MD 21208 US 21208-3845 |
| intp | + | MLS Equity LLC, C/O William S. Tinney, 30 E. Padonia Road, Suite 500, Timonium, MD 21093-2311 |
| cr | + | Mary Ellen Hagen, Law Offices of Marie Louise Hagen, PLLC, P.O. BOX 22, Sparrowbush, NY 12780-0022 |
| cr | + | Santorini Capital LLC, Santorini Capital LLC, 2000 Massachusetts Avenue, NW, Washington, DC 20036-1022 |
| cr | + | The Bank of New York Mellon, f/k/a The Bank of New, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| intp | + | United States Marshals Service, Attention: Mathew Silverman, Chief, 6500 Cherrywood Lane, Greenbelt, MD 20770-1249 |
| cr | + | Winford F. Lamb, Jr., c/o Shannon J. Posner, Esquire, Law Offices of Shannon J. Posner, P.A., 913 Ridgebrook Road, Suite 308, Sparks, MD 21152-9457 |
| 31673808 | + | Accurate Insulation, 15121 Marlboro Pike, Upper Marlboro, MD 20772-3129 |
| 31673810 | + | Advantage Rent A Car, c/o Justin R. Alberto, Cole Schotz P.C., 500 Delaware Ave., Suite 1410 Wilmingotn, DE 19801-1496 |
| 31673821 | + | Belinda Gamble-Dicupe, 2036 Haverford Drive, Crownsville, MD 21032-2234 |
| 31673815 | + | Budget Rent A Car, Attn: Ray Thomas, 300 Centre Pointe Drive, Virginia Beach, VA 23462-4415 |
| 31673834 | + | Carlos Herrerra, 515 M St. SE, Ste. 103, Washington, DC 20003-3457 |
| 31694938 | + | Chicago Title Co., Attn: Traci Watson, 1901 Pennsylvania Ave, NW, Suite 201, Washington, DC 20006-3439 |
| 31673816 | + | Connor's Pest Protection, P.O. Box 1480, Springfield, VA 22151-0480 |
| 31673817 | + | Continental Service Group, Inc., Conserve, P.O. Box 1528, Fairport, NY 14450-7528 |
| 31673852 | + | Craig Palick, McNamee Hosea, 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| 31657638 | + | Dashoff & Kind, Arnold Dashoff, One Church Lane, Baltimore, MD 21208-3709 |
| 31673822 | + | David Edlavitch, 5826 Osceola Road, Bethesda, MD 20816-2033 |
| 31673838 | + | Dept. of Justice, P.O. Box 189, Arcade, NY 14009-0189 |
| 31673824 | + | Enterprise Car Rental, P.O. Box 403328, Atlanta, GA 30384-3328 |
| 31673826 | + | FedEx, P.O. Box 371641, Pittsburgh, PA 15250-7641 |
| 31673866 | + | Harold Todd, c/o Arnold Dashoff, One Church Lane, Baltimore, MD 21208-3709 |
| 31673833 | + | Hecht & Associates, Attn: Spencer Hecht, 111 Rockville Pike, Suite 740, Rockville, MD 20850-5175 |
| 31658084 | + | Joseph Greenwald & Laake, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770-1400 |
| 31657640 | + | Joseph Greenwald & Laake, Attn: Reza Golesorkhi, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770-1400 |
| 31673841 | + | Lighthouse Capital Funding, c/o Ronald Drescher, 4 Reservoir Circle, Suite 107, Baltimore, MD 21208-6360 |
| 31673825 | + | Lindsey K. Erdman, 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| 31658085 | + | MSA, P. O. Box 17396, Baltimore, MD 21297-1396 |
| 31657651 | + | Mary E. Hagen, c/o Marie L. Hagen, 5614 Connecticut Ave. # 111, Washington, DC 20015-2604 |
| 31658091 | + | Mary Ellen Hagen, P. 0. Box 22, Sparrowbush, NY 12780-0022 |
| 31673832 | + | Mary Ellen Hagen, c/o Marie Hagen, P.O. Box22, Sparrowbush, NY 12780-0022 |
| 31673843 | + | Maryland Dept. of Transportation, Attn: Maureen Snyder, 6601 Ritchie Highway, NE, Glen Burnie, MD 21062-1000 |
| 31733786 | + | Maryland Window & Siding Systems, Inc., c/o Darren Margolis, 104 Church Lane # 203, Baltimore MD 21208-3845 |
| 31673844 | + | Maryland Windows & Siding Systems, Inc., c/o Darren Margolis, 104 Church Lane # 203, Baltimore MD 21208-3845 |
| 31686114 | + | McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., 6411 Ivy Lane, Suite 200, Greenbelt, Maryland 20770-1405 |
| 31694803 | + | Mohamed L. Saccoh, c/o Havens & Associates, LLC, 2401 Research Boulevard, Suite 308, Rockville, MD 20850-6253 |

| District/off: 0416-0 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jun 24, 2024 | Form ID: nrevdend | Total Noticed: 98 |

| | | |
|---|---|---|
| 31673850 | | National Car Rental, EAN Services, LLC, P. 0. Box 402345, Atlanta, GA 30384-2345 |
| 31657635 | + | P.G. County OCSE, 4235 28th Ave. Suite 135, Temple Hills, MD 20748-1718 |
| 31673855 | + | Pitney Bowes, P.O. Box 540, Fair Lawn, NJ 07410-0540 |
| 31667713 | | Prince George's County Office of, Child Support, Glenna E. Barner, Esq., 4235 28th Avenue, Suite 135, Temple Hills, MD 20748-1718 |
| 31673853 | + | Purusottam V. Patel, c/o Robert W. Taylor, 407 W Pennsylvania Ave., Towson, MD 21204-4229 |
| 31733581 | + | RONALD EDLAVITCH, THE VERSTANDIG LAW FIRM, LLC, 9812 FALLS RD., #114-160, POTOMAC, MD 20854-3976 |
| 31658081 | + | Ronald B. Edlavitch, 305 Casey Lane, Rockville, MD 20850-4733 |
| 31673858 | + | Santorini Capital, LLC, 2000 Massachusetts Ave. NW, Suite 200, Washington, DC 20036-1014 |
| 31673862 | + | Shred-It, 6770 Oak Hill Lane, Unit 107, Columbia, MD 21045-4768 |
| 31673864 | + | Southern Maryland Oil, P.O. Box 37420, Baltimore, MD 21297-3420 |
| 31673819 | + | The Daily Record, 200 St. Paul Place, Suite 2480, Baltimore, MD 21202-5994 |
| 31673867 | + | U-Haul, 4599 Allentown Road, Suitland, MD 20746-3994 |
| 31673868 | + | U-Haul, c/o Brytani Sumby, 4599 Allentown Road, Suitland, MD 20746-3994 |
| 31657644 | + | Washington Post, c/o Adam Wilk, 4004 Williamsburg Ct., Fairfax, VA 22032-1139 |
| 31673871 | + | Waste Management, c/o Richard Kind, One Church Lane, Baltimore, MD 21208-3709 |
| 31657641 | + | Winford Lamb, 12007 Chesterton Dr., Upper Marlboro, MD 20774-1640 |
| 31657642 | + | Winford Lamb, c/o Shannon J. Posner, 11350 McCormick Road, Suite 700, Hunt Valley, MD 21031-1002 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: cmlitigation@gmail.com | Jun 24 2024 19:16:00 | Charles Martin, 5803 Lowery Lane, Upper Marlboro, MD 20772-3946 |
| cr | | Email/Text: bankruptcy.pgcocs@maryland.gov | Jun 24 2024 19:17:00 | Prince George's County Office of Child Support, 4235 28th Avenue, Suite 135, Temple Hills, MD 20748-1718 |
| cr | + | Email/Text: bankruptcy@bww-law.com | Jun 24 2024 19:17:00 | The Bank of New York Mellon, f/k/a The Bank of New, c/o BWW Law Group, LLC, 6003 Executive Blvd., Suite 101, Rockville, MD 20852-3813 |
| 31673811 | | Email/Text: amscbankruptcy@adt.com | Jun 24 2024 19:17:00 | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 31673812 | | Email/Text: g17768@att.com | Jun 24 2024 19:16:00 | AT&T, P.O. Box 6463, Carol Stream, IL 60197-6463 |
| 31673814 | | Email/Text: accounting@beltwayos.com | Jun 24 2024 19:16:00 | Beltway Office Solutions, Attn: Daniel Epenshade, 9693 Gerwig Lane, Suite K, Columbia, MD 21046 |
| 31673813 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 24 2024 19:17:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 31658089 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 24 2024 19:16:00 | State of Maryland, 110 Carroll Street, Annapolis, MD 21411 |
| 31657639 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 24 2024 19:16:00 | State of Maryland, Attn: Kim Stephens, 110 Carroll St., Annapolis, MD 21411 |
| 31673846 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 24 2024 19:16:00 | Comptroller of Maryland, Attn: Sherray Miller, 110 Carroll St., Annapolis, MD 21411 |
| 31657822 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 24 2024 19:16:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31673818 | + | Email/Text: angela.coleman@dc.gov | Jun 24 2024 19:17:00 | D. C. Treasurer, 1101 4th St. SW, Suite W270, Washington, DC 20024-4457 |
| 31657633 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2024 19:17:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 31673827 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Jun 24 2024 19:17:00 | First Progress, P.O. Box 9053, Johnson City, TN 37615-9053 |
| 31673842 | + | Email/Text: bankruptcy.pgcocs@maryland.gov | Jun 24 2024 19:17:00 | MSA, c/o Glenna E. Barner, 4235 28th Avenue, |

| | | | |
|---|---|---|---|
| District/off: 0416-0 | User: admin | | Page 3 of 6 |
| Date Rcvd: Jun 24, 2024 | Form ID: nrevdend | | Total Noticed: 98 |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 135, Temple Hills, MD 20748-1718 |
| 31673845 | + | Email/Text: mvabankruptcynotices@mdot.maryland.gov | | |
| | | | Jun 24 2024 19:17:00 | Maryland MVA, Attn: Maureen Snyder, 6601 Richie Highway, NE, Glen Burnie, MD 21062-1000 |
| 31673873 | + | Email/Text: bankruptcy.pgcocs@maryland.gov | | |
| | | | Jun 24 2024 19:17:00 | Maryland Support Account, c/o Glenna E. Barner, 4235 28th Avenue, Suite 135, Temple Hills, MD 20748-1718 |
| 31657649 | + | Email/Text: Bankruptcy_General@pepco.com | | |
| | | | Jun 24 2024 19:17:00 | PEPCO, P. O. Box 13608, Philadelphia, PA 19101-3608 |
| 31658090 | + | Email/Text: barbara.helfeldt@verizon.net | | |
| | | | Jun 24 2024 19:17:00 | Patricia Newby, c/o Marshall Grier, 102 W Pennsylvania Ave., Suite 202, Baltimore, MD 21204-4544 |
| 31673856 | | Email/Text: bankruptcy@pb.com | | |
| | | | Jun 24 2024 19:17:00 | Pitney Bowes, Global Financial Services, LLC, P.O. Box 371887, Pittsburgh, PA 15250-7887 |
| 31657827 | | Email/Text: bdept@mrrlaw.net | | |
| | | | Jun 24 2024 19:17:00 | Prince George's County, Treasurer Division, Room 1090, Upper Marlboro, MD 20772 |
| 31690312 | + | Email/Text: bdept@mrrlaw.net | | |
| | | | Jun 24 2024 19:17:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 31657636 | | Email/Text: ccubankruptcy.notices@maryland.gov | | |
| | | | Jun 24 2024 19:17:00 | State of MD CCU, 300 W Preston St., 5th Floor, Baltimore, MD 21201 |
| 31657646 | | Email/Text: ccubankruptcy.notices@maryland.gov | | |
| | | | Jun 24 2024 19:17:00 | State of Maryland CCU, 300 W Preston St., 5th Floor, Baltimore, MD 21201 |
| 31673848 | | Email/Text: ccubankruptcy.notices@maryland.gov | | |
| | | | Jun 24 2024 19:17:00 | State of Maryland CCU, 5th Floor Certifications, 300 West Preston Street, Baltimore, MD 21201 |
| 31673847 | | Email/Text: ccubankruptcy.notices@maryland.gov | | |
| | | | Jun 24 2024 19:17:00 | State of Maryland CCU, P.O. Box 17277, Baltimore, MD 21297 |
| 31776698 | | Email/Text: ccubankruptcy.notices@maryland.gov | | |
| | | | Jun 24 2024 19:17:00 | State of Maryland Central Collection Unit, 300 W. Preston Street, Baltimore, MD 21201 |
| 31657823 | + | Email/Text: karen.brown@treasury.gov | | |
| | | | Jun 24 2024 19:17:00 | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 31658080 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Jun 24 2024 19:17:00 | Select Portfolio Servicing, P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 31657826 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | | |
| | | | Jun 24 2024 19:17:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 31669644 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jun 24 2024 19:17:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 31687731 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Jun 24 2024 19:17:00 | The Bank of New York Mellon, f/k/a The Bank of New, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 31673835 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jun 24 2024 19:31:06 | The Home Depot, 2455 Paces Ferry Road Southeast, Atlanta, GA 30339-1834 |
| 31657825 | | Email/Text: atlreorg@sec.gov | | |
| | | | Jun 24 2024 19:17:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32191765 | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | | |
| | | | Jun 24 2024 19:17:00 | U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 31657828 | | Email/Text: usamd.bankruptcy@usdoj.gov | | |
| | | | Jun 24 2024 19:17:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |
| 31797077 | | Email/Text: atlreorg@sec.gov | | |
| | | | Jun 24 2024 19:17:00 | US Securities and Exchange Commission, Atlanta Regional Office, 950 E Paces Ferry Rd., Suite 900, Atlanta GA 30326-1382 |

Case 20-18680   Doc 542   Filed 06/26/24   Page 4 of 7

| District/off: 0416-0 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jun 24, 2024 | Form ID: nrevdend | Total Noticed: 98 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 31675938 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 24 2024 19:16:00 | | Verizon, P.O. Box 4830, Trenton, NJ 08650-4830 |
| 31658086 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 24 2024 19:16:00 | | Verizon, P. O. Box 15124, Albany, NY 12212-5124 |
| 31673870 | + | Email/Text: kevin@legumfitz.com | Jun 24 2024 19:17:00 | Washington Post Company, c/o Terry Legum, 4004 Williamsburg Court, Fairfax, VA 22032-1139 |
| 31658087 | + | Email/Text: newacct@washpost.com | Jun 24 2024 19:17:00 | Washington Post Company, 1150 15th St. SW, Washington, DC 20071-0001 |
| 31673872 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 24 2024 19:31:11 | Wells Fargo Bank, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31657643 | | AAA-Mid Atlantic, INVALID ADDRESS PROVIDED |
| 31658082 | | Belinda Gamble-Dicupe, INVALID ADDRESS PROVIDED |
| 31657634 | | Belinda L. Gamble, INVALID ADDRESS PROVIDED |
| 31796779 | | Dollar Rent A Car, Inc., INVALID ADDRESS PROVIDED |
| 31673828 | | Estate of Cleve Glenn, INVALID ADDRESS PROVIDED |
| 31673829 | | GeoDesign & Engineering, Inc., INVALID ADDRESS PROVIDED |
| 31673809 | | Glen Ackerman, INVALID ADDRESS PROVIDED |
| 31673830 | | Green Future Construction, INVALID ADDRESS PROVIDED |
| 31673831 | | Guardian Protection, INVALID ADDRESS PROVIDED |
| 31657637 | | Harold & Sue Todd, INVALID ADDRESS PROVIDED |
| 31694908 | | IMN, LLC, INVALID ADDRESS PROVIDED |
| 31690831 | | JOSEPH, GREENWALD & LAAKE, P.A., INVALID ADDRESS PROVIDED |
| 31673863 | | Monica Gelpi-Souchet, INVALID ADDRESS PROVIDED |
| 31694994 | | Oxford Law, LLC, INVALID ADDRESS PROVIDED |
| 31673857 | | REMAX 100, INVALID ADDRESS PROVIDED |
| 31676226 | | Richard M. Kind, Esquire, INVALID ADDRESS PROVIDED |
| 31657650 | | Santander, INVALID ADDRESS PROVIDED |
| 31673859 | | Santander Stoneleigh Recovery, INVALID ADDRESS PROVIDED |
| 31673860 | | Seal Pros, INVALID ADDRESS PROVIDED |
| 31673865 | | TD Bank, INVALID ADDRESS PROVIDED |
| 31673849 | | The Mayflower Hotel, INVALID ADDRESS PROVIDED |
| 31657645 | | Tonia Dempsey, INVALID ADDRESS PROVIDED |
| 31673820 | | Tonia Dempsey, INVALID ADDRESS PROVIDED |
| 31711329 | | WP Company LLC t/a The Washington Post, INVALID ADDRESS PROVIDED |
| 31658088 | | Winford Lamb, INVALID ADDRESS PROVIDED |
| cr | *+ | Mohamed L. Saccoh, c/o Havens & Associates. LLC, 2401 Research Boulevard, Suite 308, Rockville, MD 20850-6253 |
| cr | * | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1385 |
| 32163430 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Office, PO Box 21126, Philadelphia, PA 19114 |
| 31657824 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 31658083 | *+ | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 31673839 | *+ | Joseph Greenwald & Laake, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770-1400 |
| acc | ##+ | James H. Brandon, 16905 Germantown Road, Germantown, MD 20874-3013 |
| 31676227 | ##+ | Barry D. Herpst, 3220 C Aspen Tree Court, Laurel, MD 20724-6102 |
| 32060466 | ##+ | Cipriana Thompson, 4617 Morning Glory Trail, Bowie, MD 20720-4264 |
| 31657648 | ##+ | REMAX 100, 10425 Southern MD Blvd., Dunkirk, MD 20754-2724 |

TOTAL: 25 Undeliverable, 6 Duplicate, 4 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 5 of 6 |
| Date Rcvd: Jun 24, 2024 | Form ID: nrevdend | Total Noticed: 98 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett Weiss | brett@bankruptcylawmaryland.com brettecf@gmail.com,TheWeissLawGroup@jubileebk.net,tatiana@BankruptcyLawMaryland.com |
| Cheryl E. Rose | trusteerose@aol.com  crose@ecf.axosfs.com |
| Darren Michael Margolis | dmargolis@lawdmpa.com |
| Glenna Elizabeth Barner | Glenna.Barner@maryland.gov |
| James M. Hoffman | jhoffman@offitkurman.com  mmargulies@offitkurman.com |
| Keith R. Havens | Keith.R.Havens@HavensLawFirm.com  Madeline.Reed@HavensLawFirm.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Marie Louise Hagen | mlh@mlhagenlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com |
| Roger Charles Simmons | rsimmons@gordonsimmons.com  dwise@gordonsimmons.com,jdziubla@gordonsimmons.com |
| Shannon Jacob Posner | sjposner@posner-law.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |
| William Scott Tinney | scott@cohenandformanlaw.com |

District/off: 0416-0 User: admin Page 6 of 6
Date Rcvd: Jun 24, 2024 Form ID: nrevdend Total Noticed: 98
TOTAL: 17

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20−18680 − MCR**   Chapter: **7**

**Charles Martin**
Debtor

## NOTICE OF DENIAL OF DISCHARGE

Pursuant to Federal Bankruptcy Rule 4006, notice is hereby given of the entry of an Order Denying the Debtor a Discharge on June 5, 2024, in US Trustee − Greenbelt, 11 against Charles Martin, Adversary Proceeding No. 24−00085.

No notice of appeal from this order has been filed, and no motion of the kind as made applicable by Federal Bankruptcy Rule 9024 has been filed.

The Discharge in the above−referenced bankruptcy case has been denied.

Dated: 6/24/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney−Raymond
410−962−4373

cc:   All Parties
      All Counsel
      All Creditors

nrevdend (08/2006)