# Charles Martin

**TO BE FILED ELECTRONICALLY ONLY**

Thursday, December 12, 2024

The Honorable Maria Ellena Chavez-Ruark
6500 Cherrywood Lane
Suite 300
Greenbelt, MD 20770

      **Re:**    **Charles Martin**
               **Case Number 20-18680**

Dear Judge Chavez-Ruark:

    **First,** I hope and trust this letter finds you in the very best of health and spirit.

    **Second,** I am writing to express my sincere and deepest apologies to you and the other parties to this case, for the manner in which this instant case has gone. While I was very disappointed in the manner in which certain things occurred in the past, I have determined that it is best for me to "get over it" and do everything that I possibly can do to get this case on the right track and guarantee its success.

    **Third,** to the extent that I have not agreed with other parties in the case, or felt like I was being mistreated because of my circumstances, I have determined that going forward, I must raise that issue with the Court while I hope and pray that the Court will do what is in the best interest of the case and the creditors. The only thing I want is to properly resolve my issues and successfully see this case through.

    **Fourth,** because I have suffered and overcome a near fatal stroke, I KNOW that it is possible to come back and DO what others think is "impossible".

    **Finally,** I appreciate you. I realize that I could have done a lot better and assure you that I will do better as we go forward. I truly appreciate your understanding, and I humbly request your consideration of my apology in this matter.

                                                          Most Sincerely,

                                                          Charles Martin