IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | | | |
|---|---|---|---|
| IN RE: | CHARLES M. MARTIN | * | |
| | | * | |
| | | * | CASE NUMBER 20-18680 |
| | Debtor. | * | CHAPTER 7 |
| | | * | |

## ORDER ON THE DEBTOR'S MOTION FOR APPROPRIATE RELIEF

Upon the Debtor's Motion for Appropriate Relief, pursuant to 11 U.S.C. Sections 363(b), having been read and considered, and notice having been given to all creditors and parties in interest entitled to notice, it is, by the United States Bankruptcy Court for the District of Maryland, is Granted, and it is hereby:

**ORDERED,** that the above captioned case shall be converted and restored to a Chapter 11 case; and,

**ORDERED,** that Charles M. Martin shall be appointed and is the Debtor-In-Possession;

**ORDERED,** that Charles M. Martin shall have 100% control over all of his limited liability companies; and,

**ORDERED,** that by 5:00pm on Monday, January 6, 2025, and by 5:00pm on every Monday thereafter, the Debtor shall provide a Weekly Status Report to this Honorable Court, the Trustee, and all creditors and counsel who have requested electronic service by this Honorable Court; and,

**ORDERED,** that by Wednesday, January 8, 2025, the Debtor shall submit and file with this Court his **Real Property Under Ownership Report as of January 8, 2025**; and,

**ORDERED,** that by February 28, 2025, the Debtor shall pay the Chapter 11 conversion fee to convert this instant case from Chapter 7 to Chapter 11.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

END OF ORDER.

JUDGE:

_____
The Honorable Maria Ellena Chave-Ruark