United States Bankruptcy Court
District of Maryland

In re: Case No. 20-18680-MCR
Charles Martin Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 5
Date Rcvd: Dec 31, 2024      Form ID: pdfall      Total Noticed: 99

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| r | + | Andrew A. Werner, Jr., REMAX Realty Group, 6 Montgomery Village Ave.,, Suite 200, Gaithersburg, MD 20879-3548 |
| sptr | + | James M. Hoffman, Offit Kurman, P.A., 7501 Wisconsin Ave, Ste 1000 W, Bethesda, MD 20814-6527 |
| cr | #+ | MARYLAND WINDOW & SIDING SYSTEMS, INC., C/O DARREN MARGOLIS, 104 CHURCH LANE, # 203, BALTIMORE, MD 21208 US 21208-3845 |
| intp | + | MLS Equity LLC, C/O William S. Tinney, 30 E. Padonia Road, Suite 500, Timonium, MD 21093-2311 |
| cr | + | Mary Ellen Hagen, Law Offices of Marie Louise Hagen, PLLC, P.O. BOX 22, Sparrowbush, NY 12780-0022 |
| cr | + | Santorini Capital LLC, Santorini Capital LLC, 2000 Massachusetts Avenue, NW, Washington, DC 20036-1022 |
| cr | + | The Bank of New York Mellon, f/k/a The Bank of New, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| intp | + | United States Marshals Service, Attention: Mathew Silverman, Chief, 6500 Cherrywood Lane, Greenbelt, MD 20770-1249 |
| cr | + | Winford F. Lamb, Jr., c/o Shannon J. Posner, Esquire, Law Offices of Shannon J. Posner, P.A., 913 Ridgebrook Road, Suite 308, Sparks, MD 21152-9457 |
| 31673808 | + | Accurate Insulation, 15121 Marlboro Pike, Upper Marlboro, MD 20772-3129 |
| 31673810 | + | Advantage Rent A Car, c/o Justin R. Alberto, Cole Schotz P.C., 500 Delaware Ave., Suite 1410 Wilmingotn, DE 19801-1496 |
| 31676227 | + | Barry D. Herpst, 3220 C Aspen Tree Court, Laurel, MD 20724-6102 |
| 31673821 | + | Belinda Gamble-Dicupe, 2036 Haverford Drive, Crownsville, MD 21032-2234 |
| 31673815 | + | Budget Rent A Car, Attn: Ray Thomas, 300 Centre Pointe Drive, Virginia Beach, VA 23462-4415 |
| 31673834 | + | Carlos Herrerra, 515 M St. SE, Ste. 103, Washington, DC 20003-3457 |
| 31694938 | #+ | Chicago Title Co., Attn: Traci Watson, 1901 Pennsylvania Ave, NW, Suite 201, Washington, DC 20006-3439 |
| 31673816 | + | Connor's Pest Protection, P.O. Box 1480, Springfield, VA 22151-0480 |
| 31673817 | + | Continental Service Group, Inc., Conserve, P.O. Box 1528, Fairport, NY 14450-7528 |
| 31673852 | + | Craig Palick, McNamee Hosea, 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| 31657638 | + | Dashoff & Kind, Arnold Dashoff, One Church Lane, Baltimore, MD 21208-3709 |
| 31673822 | + | David Edlavitch, 5826 Osceola Road, Bethesda, MD 20816-2033 |
| 31673838 | + | Dept. of Justice, P.O. Box 189, Arcade, NY 14009-0189 |
| 31673824 | + | Enterprise Car Rental, P.O. Box 403328, Atlanta, GA 30384-3328 |
| 31673826 | + | FedEx, P.O. Box 371641, Pittsburgh, PA 15250-7641 |
| 31673827 | + | First Progress, P.O. Box 9053, Johnson City, TN 37615-9053 |
| 31673866 | + | Harold Todd, c/o Arnold Dashoff, One Church Lane, Baltimore, MD 21208-3709 |
| 31673833 | + | Hecht & Associates, Attn: Spencer Hecht, 111 Rockville Pike, Suite 740, Rockville, MD 20850-5175 |
| 31658084 | + | Joseph Greenwald & Laake, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770-1400 |
| 31657640 | + | Joseph Greenwald & Laake, Attn: Reza Golesorkhi, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770-1400 |
| 31673841 | + | Lighthouse Capital Funding, c/o Ronald Drescher, 4 Reservoir Circle, Suite 107, Baltimore, MD 21208-6360 |
| 31673825 | + | Lindsey K. Erdman, 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| 31658085 | + | MSA, P. O. Box 17396, Baltimore, MD 21297-1396 |
| 31657651 | + | Mary E. Hagen, c/o Marie L. Hagen, 5614 Connecticut Ave. # 111, Washington, DC 20015-2604 |
| 31658091 | + | Mary Ellen Hagen, P. 0. Box 22, Sparrowbush, NY 12780-0022 |
| 31673832 | + | Mary Ellen Hagen, c/o Marie Hagen, P.O. Box22, Sparrowbush, NY 12780-0022 |
| 31673843 | + | Maryland Dept. of Transportation, Attn: Maureen Snyder, 6601 Ritchie Highway, NE, Glen Burnie, MD 21062-1000 |
| 31733786 | + | Maryland Window & Siding Systems, Inc., c/o Darren Margolis, 104 Church Lane # 203, Baltimore MD 21208-3845 |
| 31673844 | + | Maryland Windows & Siding Systems, Inc., c/o Darren Margolis, 104 Church Lane # 203, Baltimore MD 21208-3845 |
| 31686114 | + | McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., 6411 Ivy Lane, Suite 200, Greenbelt, Maryland 20770-1405 |

Case 20-18680   Doc 547   Filed 01/02/25   Page 2 of 6

| District/off: 0416-0 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 31, 2024 | Form ID: pdfall | Total Noticed: 99 |

| | | |
|---|---|---|
| 31694803 | + | Mohamed L. Saccoh, c/o Havens & Associates, LLC, 2401 Research Boulevard, Suite 308, Rockville, MD 20850-6253 |
| 31673850 | | National Car Rental, EAN Services, LLC, P. 0. Box 402345, Atlanta, GA 30384-2345 |
| 31657635 | + | P.G. County OCSE, 4235 28th Ave. Suite 135, Temple Hills, MD 20748-1718 |
| 31673855 | + | Pitney Bowes, P.O. Box 540, Fair Lawn, NJ 07410-0540 |
| 31667713 | | Prince George's County Office of, Child Support, Glenna E. Barner, Esq., 4235 28th Avenue, Suite 135, Temple Hills, MD 20748-1718 |
| 31673853 | + | Purusottam V. Patel, c/o Robert W. Taylor, 407 W Pennsylvania Ave., Towson, MD 21204-4229 |
| 31733581 | + | RONALD EDLAVITCH, THE VERSTANDIG LAW FIRM, LLC, 9812 FALLS RD., #114-160, POTOMAC, MD 20854-3976 |
| 31658081 | + | Ronald B. Edlavitch, 305 Casey Lane, Rockville, MD 20850-4733 |
| 31673858 | + | Santorini Capital, LLC, 2000 Massachusetts Ave. NW, Suite 200, Washington, DC 20036-1014 |
| 31657823 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 31673862 | + | Shred-It, 6770 Oak Hill Lane, Unit 107, Columbia, MD 21045-4768 |
| 31673864 | + | Southern Maryland Oil, P.O. Box 37420, Baltimore, MD 21297-3420 |
| 31673819 | + | The Daily Record, 200 St. Paul Place, Suite 2480, Baltimore, MD 21202-5994 |
| 31673867 | + | U-Haul, 4599 Allentown Road, Suitland, MD 20746-3994 |
| 31673868 | + | U-Haul, c/o Brytani Sumby, 4599 Allentown Road, Suitland, MD 20746-3994 |
| 31657644 | + | Washington Post, c/o Adam Wilk, 4004 Williamsburg Ct., Fairfax, VA 22032-1139 |
| 31673871 | + | Waste Management, c/o Richard Kind, One Church Lane, Baltimore, MD 21208-3709 |
| 31657642 | + | Winford Lamb, c/o Shannon J. Posner, 11350 McCormick Road, Suite 700, Hunt Valley, MD 21031-1002 |
| 31657641 | + | Winford Lamb, 12007 Chesterton Dr., Upper Marlboro, MD 20774-1640 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: cmlitigation@gmail.com | Dec 31 2024 19:14:00 | Charles Martin, 5803 Lowery Lane, Upper Marlboro, MD 20772-3946 |
| cr | | Email/Text: accounting@jgllaw.com | Dec 31 2024 19:22:00 | Joseph, Greenwald & Laake, PA, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770 |
| cr | | Email/Text: bankruptcy.pgcocs@maryland.gov | Dec 31 2024 19:23:00 | Prince George's County Office of Child Support, 4235 28th Avenue, Suite 135, Temple Hills, MD 20748-1718 |
| cr | + | Email/Text: bankruptcy@bww-law.com | Dec 31 2024 19:22:00 | The Bank of New York Mellon, f/k/a The Bank of New, c/o BWW Law Group, LLC, 6003 Executive Blvd., Suite 101, Rockville, MD 20852-3813 |
| 31673811 | | Email/Text: amscbankruptcy@adt.com | Dec 31 2024 19:23:00 | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 31673812 | | Email/Text: g17768@att.com | Dec 31 2024 19:20:00 | AT&T, P.O. Box 6463, Carol Stream, IL 60197-6463 |
| 31673814 | | Email/Text: accounting@beltwayos.com | Dec 31 2024 19:19:00 | Beltway Office Solutions, Attn: Daniel Epenshade, 9693 Gerwig Lane, Suite K, Columbia, MD 21046 |
| 31673813 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 31 2024 19:22:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 31658089 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 31 2024 19:19:00 | State of Maryland, 110 Carroll Street, Annapolis, MD 21411 |
| 31657639 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 31 2024 19:19:00 | State of Maryland, Attn: Kim Stephens, 110 Carroll St., Annapolis, MD 21411 |
| 31673846 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 31 2024 19:19:00 | Comptroller of Maryland, Attn: Sherray Miller, 110 Carroll St., Annapolis, MD 21411 |
| 31657822 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 31 2024 19:19:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31673818 | + | Email/Text: angela.coleman@dc.gov | Dec 31 2024 19:22:00 | D. C. Treasurer, 1101 4th St. SW, Suite W270, Washington, DC 20024-4457 |
| 31657633 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 31 2024 19:21:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0416-0 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 31, 2024 | Form ID: pdfall | Total Noticed: 99 |

| Record # | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| 31673842 | + | Email/Text: bankruptcy.pgcocs@maryland.gov | Dec 31 2024 19:23:00 | MSA, c/o Glenna E. Barner, 4235 28th Avenue, Suite 135, Temple Hills, MD 20748-1718 |
| 31673845 | + | Email/Text: mvabankruptcynotices@mdot.maryland.gov | Dec 31 2024 19:21:00 | Maryland MVA, Attn: Maureen Snyder, 6601 Richie Highway, NE, Glen Burnie, MD 21062-1000 |
| 31673873 | + | Email/Text: bankruptcy.pgcocs@maryland.gov | Dec 31 2024 19:23:00 | Maryland Support Account, c/o Glenna E. Barner, 4235 28th Avenue, Suite 135, Temple Hills, MD 20748-1718 |
| 31657649 | + | Email/Text: Bankruptcy_General@pepco.com | Dec 31 2024 19:22:00 | PEPCO, P. O. Box 13608, Philadelphia, PA 19101-3608 |
| 31658090 | + | Email/Text: barbara.helfeldt@verizon.net | Dec 31 2024 19:23:00 | Patricia Newby, c/o Marshall Grier, 102 W Pennsylvania Ave., Suite 202, Baltimore, MD 21204-4544 |
| 31673856 | | Email/Text: bankruptcy@pb.com | Dec 31 2024 19:23:00 | Pitney Bowes, Global Financial Services, LLC, P.O. Box 371887, Pittsburgh, PA 15250-7887 |
| 31657827 | | Email/Text: bdept@mrrlaw.net | Dec 31 2024 19:20:00 | Prince George's County, Treasurer Division, Room 1090, Upper Marlboro, MD 20772 |
| 31690312 | + | Email/Text: bdept@mrrlaw.net | Dec 31 2024 19:20:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 31657636 | | Email/Text: ccubankruptcy.notices@maryland.gov | Dec 31 2024 19:20:00 | State of MD CCU, 300 W Preston St., 5th Floor, Baltimore, MD 21201 |
| 31657646 | | Email/Text: ccubankruptcy.notices@maryland.gov | Dec 31 2024 19:20:00 | State of Maryland CCU, 300 W Preston St., 5th Floor, Baltimore, MD 21201 |
| 31673848 | | Email/Text: ccubankruptcy.notices@maryland.gov | Dec 31 2024 19:20:00 | State of Maryland CCU, 5th Floor Certifications, 300 West Preston Street, Baltimore, MD 21201 |
| 31673847 | | Email/Text: ccubankruptcy.notices@maryland.gov | Dec 31 2024 19:20:00 | State of Maryland CCU, P.O. Box 17277, Baltimore, MD 21297 |
| 31776698 | | Email/Text: ccubankruptcy.notices@maryland.gov | Dec 31 2024 19:20:00 | State of Maryland Central Collection Unit, 300 W. Preston Street, Baltimore, MD 21201 |
| 31658080 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 31 2024 19:23:00 | Select Portfolio Servicing, P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 31657826 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Dec 31 2024 19:23:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 31669644 | + | Email/Text: bankruptcy@bbandt.com | Dec 31 2024 19:21:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 31687731 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 31 2024 19:23:00 | The Bank of New York Mellon, f/k/a The Bank of New, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 31673835 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 31 2024 19:19:09 | The Home Depot, 2455 Paces Ferry Road Southeast, Atlanta, GA 30339-1834 |
| 31657825 | | Email/Text: atlreorg@sec.gov | Dec 31 2024 19:22:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32191765 | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Dec 31 2024 19:22:00 | U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 31657828 | | Email/Text: usamd.bankruptcy@usdoj.gov | Dec 31 2024 19:21:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |
| 31797077 | | Email/Text: atlreorg@sec.gov | Dec 31 2024 19:22:00 | US Securities and Exchange Commission, Atlanta Regional Office, 950 E Paces Ferry Rd., Suite 900, Atlanta GA 30326-1382 |
| 31675938 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

| District/off: 0416-0 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 31, 2024 | Form ID: pdfall | Total Noticed: 99 |

| | | | Dec 31 2024 19:19:00 | Verizon, P.O. Box 4830, Trenton, NJ 08650-4830 |
|---|---|---|---|---|
| 31658086 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 31 2024 19:19:00 | Verizon, P. O. Box 15124, Albany, NY 12212-5124 |
| 31673870 | + | Email/Text: kevin@legumfitz.com | | |
| | | | Dec 31 2024 19:22:00 | Washington Post Company, c/o Terry Legum, 4004 Williamsburg Court, Fairfax, VA 22032-1139 |
| 31658087 | + | Email/Text: newacct@washpost.com | | |
| | | | Dec 31 2024 19:22:00 | Washington Post Company, 1150 15th St. SW, Washington, DC 20071-0001 |
| 31673872 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 31 2024 19:18:28 | Wells Fargo Bank, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31657643 | | AAA-Mid Atlantic, INVALID ADDRESS PROVIDED |
| 31658082 | | Belinda Gamble-Dicupe, INVALID ADDRESS PROVIDED |
| 31657634 | | Belinda L. Gamble, INVALID ADDRESS PROVIDED |
| 31796779 | | Dollar Rent A Car, Inc., INVALID ADDRESS PROVIDED |
| 31673828 | | Estate of Cleve Glenn, INVALID ADDRESS PROVIDED |
| 31673829 | | GeoDesign & Engineering, Inc., INVALID ADDRESS PROVIDED |
| 31673809 | | Glen Ackerman, INVALID ADDRESS PROVIDED |
| 31673830 | | Green Future Construction, INVALID ADDRESS PROVIDED |
| 31673831 | | Guardian Protection, INVALID ADDRESS PROVIDED |
| 31657637 | | Harold & Sue Todd, INVALID ADDRESS PROVIDED |
| 31694908 | | IMN, LLC, INVALID ADDRESS PROVIDED |
| 31690831 | | JOSEPH, GREENWALD & LAAKE, P.A., INVALID ADDRESS PROVIDED |
| 31673863 | | Monica Gelpi-Souchet, INVALID ADDRESS PROVIDED |
| 31694994 | | Oxford Law, LLC, INVALID ADDRESS PROVIDED |
| 31673857 | | REMAX 100, INVALID ADDRESS PROVIDED |
| 31676226 | | Richard M. Kind, Esquire, INVALID ADDRESS PROVIDED |
| 31657650 | | Santander, INVALID ADDRESS PROVIDED |
| 31673859 | | Santander Stoneleigh Recovery, INVALID ADDRESS PROVIDED |
| 31673860 | | Seal Pros, INVALID ADDRESS PROVIDED |
| 31673865 | | TD Bank, INVALID ADDRESS PROVIDED |
| 31673849 | | The Mayflower Hotel, INVALID ADDRESS PROVIDED |
| 31657645 | | Tonia Dempsey, INVALID ADDRESS PROVIDED |
| 31673820 | | Tonia Dempsey, INVALID ADDRESS PROVIDED |
| 31711329 | | WP Company LLC t/a The Washington Post, INVALID ADDRESS PROVIDED |
| 31658088 | | Winford Lamb, INVALID ADDRESS PROVIDED |
| cr | *+ | Mohamed L. Saccoh, c/o Havens & Associates. LLC, 2401 Research Boulevard, Suite 308, Rockville, MD 20850-6253 |
| cr | * | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1385 |
| 32163430 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Office, PO Box 21126, Philadelphia, PA 19114 |
| 31657824 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 31658083 | *+ | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 31673839 | *+ | Joseph Greenwald & Laake, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770-1400 |
| acc | ##+ | James H. Brandon, 16905 Germantown Road, Germantown, MD 20874-3013 |
| 32060466 | ##+ | Cipriana Thompson, 4617 Morning Glory Trail, Bowie, MD 20720-4264 |
| 31657648 | ##+ | REMAX 100, 10425 Southern MD Blvd., Dunkirk, MD 20754-2724 |

TOTAL: 25 Undeliverable, 6 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 31, 2024 | Form ID: pdfall | Total Noticed: 99 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 02, 2025            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett Weiss | brett@bankruptcylawmaryland.com brettecf@gmail.com,TheWeissLawGroup@jubileebk.net,deb@BankruptcyLawMaryland.com |
| Cheryl E. Rose | trusteerose@aol.com crose@ecf.axosfs.com |
| Darren Michael Margolis | dmargolis@lawdmpa.com |
| Glenna Elizabeth Barner | Glenna.Barner@maryland.gov |
| James M. Hoffman | jhoffman@offitkurman.com mmargulies@offitkurman.com |
| Keith R. Havens | Keith.R.Havens@HavensLawFirm.com Madeline.Reed@HavensLawFirm.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Marie Louise Hagen | mlh@mlhagenlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com bankruptcy@bww-law.com |
| Roger Charles Simmons | rsimmons@gordonsimmons.com dwise@gordonsimmons.com,jdziubla@gordonsimmons.com |
| Shannon Jacob Posner | sjposner@posner-law.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |
| William Scott Tinney | scott@cohenandformanlaw.com |

TOTAL: 17

Entered: December 31st, 2024
Signed: December 30th, 2024

**DENIED**

As stated by the Trustee in her opposition, the Debtor repeatedly has failed to follow through on his assurances, failed to comply with this Court's orders, failed to cooperate with the Chapter 7 Trustee, and demonstrated that he seeks to act only in his own interest rather than as a fiduciary for the benefit of the estate.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | | |
|---|---|---|
| IN RE: | CHARLES M. MARTIN | * |
| | | * |
| | | * CASE NUMBER 20-18680 |
| | Debtor. | * CHAPTER 7 |
| | | * |

**ORDER ON THE DEBTOR'S MOTION FOR APPROPRIATE RELIEF**

Upon the Debtor's Motion for Appropriate Relief, pursuant to 11 U.S.C. Sections 363(b), having been read and considered, and notice having been given to all creditors and parties in interest entitled to notice, it is, by the United States Bankruptcy Court for the District of Maryland, is Granted and it is hereby:

ORDERED, that the above captioned case shall be converted and restored to a Chapter 11 case; and,

ORDERED, that Charles M. Martin shall be appointed and is the Debtor-In-Possession;

ORDERED, that Charles M. Martin shall have 100% control over all of his limited liability companies; and,

ORDERED, that by 5:00pm on Monday, January 6, 2025, and by 5:00pm on every Monday thereafter, the Debtor shall provide a Weekly Status Report to this Honorable Court, the Trustee, and all creditors and counsel who have requested electronic service by this Honorable Court; and,

ORDERED, that by Wednesday, January 8, 2025, the Debtor shall submit and file with this Court his **Real Property Under Ownership Report as of January 8, 2025**; and,

ORDERED, that by February 28, 2025, the Debtor shall pay the Chapter 11 conversion fee to convert this instant case from Chapter 7 to Chapter 11.

Copies to Debtor, Trustee, Trustee's Counsel, and all Creditors and Parties in Interest



**END OF ORDER**