**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re: | * |
| CHARLES MARTIN | *   Case No. 20-18680 MCR |
| | (Chapter 7) |
| Debtor | * |

## NOTICE

James M. Hoffman, Esq. of Offit Kurman, P.A., Special Counsel to Cheryl E. Rose, Chapter 7 Trustee for the Bankruptcy Estate of Charles Martin, hereby notifies this Court that effective January 1, 2025, his hourly rate shall increase to $650.00.

Respectfully Submitted,

Dated: January 10, 2025   /s/ *James M. Hoffman*
James M. Hoffman (Bar #04914)
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1710
JHoffman@offitkurman.com
*Attorney for Cheryl E. Rose, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 10th day of January 2025, a copy of the foregoing Notice was served electronically via this Court's CM/ECF system to the following parties:

- **Glenna Elizabeth Barner    Glenna.Barner@maryland.gov**
- **Marie Louise Hagen    mlh@mlhagenlaw.com**
- **Keith R. Havens    Keith.R.Havens@HavensLawFirm.com, Madeline.Reed@HavensLawFirm.com**
- **James M. Hoffman    jhoffman@offitkurman.com, mmargulies@offitkurman.com**
- **Nikita Rajendra Joshi    Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com**
- **Nicole C. Kenworthy    bdept@mrrlaw.net**
- **Lynn A. Kohen    lynn.a.kohen@usdoj.gov**
- **Darren Michael Margolis    dmargolis@lawdmpa.com**
- **Shannon Jacob Posner    sjposner@posner-law.com**
- **L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV**
- **Cheryl E. Rose    trusteerose@aol.com, crose@ecf.axosfs.com**

- **Roger Charles Simmons**  rsimmons@gordonsimmons.com, dwise@gordonsimmons.com;jdziubla@gordonsimmons.com
- **Lisa Yonka Stevens**  lisa.y.stevens@usdoj.gov
- **William Scott Tinney**  scott@cohenandformanlaw.com
- **US Trustee - Greenbelt**  USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Brett Weiss**  brett@bankruptcylawmaryland.com, brettecf@gmail.com;TheWeissLawGroup@jubileebk.net;deb@BankruptcyLawMaryland.com

And via regular U.S. Mail, postage prepaid to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

                          */s/ James M. Hoffman*
                          James M. Hoffman

4937-6413-1598, v. 1