# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Greenbelt Division)

|  |  |
|---|---|
| In re: | * |
| CHARLES MARTIN | * Case 20-18680-MCR |
|  | * Chapter 7 |
| Debtor | * |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF INTENTION TO ABANDON PROPERTY

To: The United States Trustees, Debtor(s) and Parties in Interest:

Notice pursuant to Rule 6007, any creditors or other parties in interest having objections may file the same with this court, and serve a copy on the undersigned within fourteen (14) days of the mailing of this notice. In the event that an objection is filed, the Clerk of the Court may schedule a hearing on the objections. If no objections are filed, the property will be deemed abandoned without further notice or court order. The chapter 7 Trustee, pursuant to 11 U.S.C. §554, intends to abandon the following property:

| DESCRIPTION OF PROPERTY | LIEN HOLDER | REASON FOR ABANDONMENT |
|---|---|---|
| 1. 5803 Lowery Lane, Upper Marlboro, MD | Unknown | No value or benefit to the Estate. |
| 2. 912 N Port Street, Baltimore, MD / Brooks Martin Investments LLC | Unknown | No value or benefit to the Estate. |
| 3. 4601 Reisterstown Road, Baltimore, MD / My1sthouse.com, LLC | Unknown | No value or benefit to the Estate. |
| 4. 2817 Santa Fe Avenue, Baltimore, MD / My1sthouse.com, LLC | Unknown | No value or benefit to the Estate. |
| 5. 3910 Hayward Avenue, Baltimore, MD / My1sthouse.com | Unknown | No value or benefit to the Estate |

1

| | | | |
|---|---|---|---|
| 6. | 2802 Springhill Avenue, Baltimore, MD / Liberty Row LLC | Unknown | No value or benefit to the Estate |
| 7. | 4015 Rogers Avenue, Baltimore, MD / ME-4015 Rogers Ave, LLC | Unknown | No value or benefit to the Estate |
| 8. | 4110 Ridgewood Avenue, Baltimore, MD / Ridgewood Capital, LLC | Unknown | No value or benefit to the Estate |
| 9. | All remaining businesses owned by the Debtor and listed in the schedules | Unknown | No value or benefit to the Estate |

Respectfully submitted,

**ROSE AND ASSOCIATES, LLC**

Dated: October 14, 2025

/s/ Cheryl E. Rose
Cheryl E. Rose, #05934, Ch. 7 Trustee
9812 Falls Road #114-334
Potomac, MD  20854-3963
(301) 527-7789
trusteerose@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of October, 2025 an electronic copy of the foregoing **Notice of Intention to Abandon Property** will be served electronically by the Court's CM/ECF system on the following:

- **Glenna Elizabeth Barner**   Glenna.Barner@maryland.gov
- **Marie Louise Hagen**   mlh@mlhagenlaw.com
- **Keith R. Havens**   Keith.R.Havens@HavensLawFirm.com, Madeline.Reed@HavensLawFirm.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Nikita Rajendra Joshi**   Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **Darren Michael Margolis**   dmargolis@lawdmpa.com
- **Shannon Jacob Posner**   sjposner@posner-law.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

- **Cheryl E. Rose**  trusteerose@aol.com, crose@ecf.axosfs.com
- **Roger Charles Simmons**  rsimmons@gordonsimmons.com, dwise@gordonsimmons.com;jdziubla@gordonsimmons.com
- **Lisa Yonka Stevens**  lstevens@milesstockbridge.com
- **William Scott Tinney**  scott@cohenandformanlaw.com
- **US Trustee - Greenbelt**  USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Brett Weiss**  brett@bankruptcylawmaryland.com, brettecf@gmail.com; TheWeissLawGroup@jubileebk.net;deb@BankruptcyLawMaryland.com

    I HEREBY FURTHER CERTIFY that on this 14th day of October, 2025 a copy of the foregoing **Notice of Intention to Abandon Property** was also mailed first class mail, postage prepaid to the court's mailing matrix.

                                    /s/ Cheryl E. Rose
                                    Cheryl E. Rose, Chapter 7 Trustee