Accurate Insulation
15121 Marlboro Pike
Upper Marlboro, MD 20772-3129

ADT Security Services
P.O. Box 371878
Pittsburgh, PA 15250-7878

Advantage Rent A Car
c/o Justin R. Alberto
Cole Schotz P.C.
500 Delaware Ave., Suite 1410
Wilmingotn, DE 19801-1496

Andrew A. Werner Jr.
REMAX Realty Group
6 Montgomery Village Ave., Suite 200
Gaithersburg, MD 20879-3548

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

Barry D. Herpst
3220 C Aspen Tree Court
Laurel, MD 20724-6102

Belinda Gamble-Dicupe
2036 Haverford Drive
Crownsville, MD 21032-2234

BELTWAY OFFICE SOLUTIONS  LLC
9693 GERWIG LANE
SUITE K
COLUMBIA MD 21046-2843

Budget Rent A Car
Attn: Ray Thomas
300 Centre Pointe Drive
Virginia Beach, VA 23462-4415

Carlos Herrerra
515 M St. SE
Ste. 103
Washington, DC 20003-3457

Charles Martin
5803 Lowery Lane
Upper Marlboro, MD 20772-3946

~~Cheryl E. Rose~~
~~9812 Falls Road, #114-334~~
~~Potomac, MD 20854-3976~~

Chicago Title Co.
Attn: Traci Watson
1901 Pennsylvania Ave, NW, Suite 201
Washington, DC 20006-3439

Cipriana Thompson
4617 Morning Glory Trail
Bowie, MD 20720-4264

COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Connor's Pest Protection
P.O. Box 1480
Springfield, VA 22151-0480

Continental Service Group, Inc.
Conserve
P.O. Box 1528
Fairport, NY 14450-7528

Craig Palick
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770-1405

D. C. Treasurer
1101 4th St. SW
Suite W270
Washington, DC 20024-4457

Dashoff & Kind
Arnold Dashoff
One Church Lane
Baltimore, MD 21208-3709

David Edlavitch
5826 Osceola Road
Bethesda, MD 20816-2033

Department of Treasury –
Internal Revenue Se
P.O. Box 7346
Philadelphia, PA 19101-7346

Dept. of Justice
P.O. Box 189
Arcade, NY 14009-0189

Enterprise Car Rental
P.O. Box 403328
Atlanta, GA 30384-3328

FedEx
P.O. Box 371641
Pittsburgh, PA 15250-7641

First Progress
P.O. Box 9053
Johnson City, TN 37615-9053

Harold Todd
c/o Arnold Dashoff
One Church Lane
Baltimore, MD 21208-3709

Hecht & Associates
Attn: Spencer Hecht
111 Rockville Pike, Suite 740
Rockville, MD 20850-5175

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

James H. Brandon
16905 Germantown Road
Germantown, MD 20874-3013

James M. Hoffman
Offit Kurman, P.A.
7501 Wisconsin Ave, Ste 1000 W
Bethesda, MD 20814-6527

Joseph Greenwald & Laake
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770-1400

Joseph Greenwald & Laake
Attn: Reza Golesorkhi
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770-1400

JOSEPH GREENWALD AND LAAKE PA
6404 IVY LANE
SUITE 400
GREENBELT MD 20770-1400

Lighthouse Capital Funding
c/o Ronald Drescher
4 Reservoir Circle, Suite 107
Baltimore, MD 21208-6360

Lindsey K. Erdman
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770-1405

Mary E. Hagen
c/o Marie L. Hagen
5614 Connecticut Ave. # 111
Washington, DC 20015-2604

Mary Ellen Hagen
c/o Marie Hagen
P.O. Box22
Sparrowbush, NY 12780-0022

Mary Ellen Hagen
Law Offices of Marie Louise Hagen, PLLC
P.O. BOX 22
Sparrowbush, NY 12780-0022

Mary Ellen Hagen
P. 0. Box 22
Sparrowbush, NY 12780-0022

Maryland Dept. of Transportation
Attn: Maureen Snyder
6601 Ritchie Highway, NE
Glen Burnie, MD 21062-1000

Maryland MVA
Attn: Maureen Snyder
6601 Richie Highway, NE
Glen Burnie, MD 21062-1000

Maryland Support Account
c/o Glenna E. Barner
4235 28th Avenue, Suite 135
Temple Hills, MD 20748-1718

Maryland Window & Siding Systems, Inc.
c/o Darren Margolis
104 Church Lane # 203
Baltimore MD 21208-3845

MARYLAND WINDOW & SIDING SYSTEMS, INC.
C/O DARREN MARGOLIS
104 CHURCH LANE, # 203
BALTIMORE, MD 21208-3845

Maryland Windows & Siding Systems, Inc.
c/o Darren Margolis
104 Church Lane # 203
Baltimore MD 21208-3845

McNamee Hosea Jernigan
Kim Greenan & Lynch,
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770-1405

MLS Equity LLC
C/O William S. Tinney
30 E. Padonia Road, Suite 500
Timonium, MD 21093-2311

Mohamed L. Saccoh
c/o Havens & Associates, LLC
2401 Research Boulevard, Suite 308
Rockville, MD 20850-6253

Mohamed L. Saccoh
c/o Havens & Associates. LLC
2401 Research Boulevard, Suite 308
Rockville, MD 20850-6253

MSA
c/o Glenna E. Barner
4235 28th Avenue, Suite 135
Temple Hills, MD 20748-1718

MSA
P. O. Box 17396
Baltimore, MD 21297-1396

National Car Rental
EAN Services, LLC
P. 0. Box 402345
Atlanta, GA 30384-2345

P.G. County OCSE
4235 28th Ave. Suite 135
Temple Hills, MD 20748-1718

Patricia Newby
c/o Marshall Grier
102 W Pennsylvania Ave., Suite 202
Baltimore, MD 21204-4544

PEPCO
P. O. Box 13608
Philadelphia, PA 19101-3608

Pitney Bowes
Global Financial Services, LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes
P.O. Box 540
Fair Lawn, NJ 07410-0540

Prince George's County Office of Child
4235 28th Avenue
Suite 135
Temple Hills, MD 20748-1718

Prince George's County Office of
Child Support
Glenna E. Barner, Esq.
4235 28th Avenue, Suite 135
Temple Hills, MD 20748-1718

Prince George's County
Treasurer Division
Room 1090
Upper Marlboro, MD 20772

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737-1385

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737-1331

Purusottam V. Patel
c/o Robert W. Taylor
407 W Pennsylvania Ave.
Towson, MD 21204-4229

REMAX 100
10425 Southern MD Blvd.
Dunkirk, MD 20754-2724

Ronald B. Edlavitch
305 Casey Lane
Rockville, MD 20850-4733

RONALD EDLAVITCH
THE VERSTANDIG LAW FIRM, LLC
9812 FALLS RD., #114-160
POTOMAC, MD 20854-3976

Santorini Capital, LLC
2000 Massachusetts Ave. NW
Suite 200
Washington, DC 20036-1014

Santorini Capital LLC
Santorini Capital LLC
2000 Massachusetts Avenue, NW
Washington, DC 20036-1022

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

Select Portfolio Servicing
P. O. Box 65250
Salt Lake City, UT 84165-0250

Shred-It
6770 Oak Hill Lane
Unit 107
Columbia, MD 21045-4768

Southern Maryland Oil
P.O. Box 37420
Baltimore, MD 21297-3420

State Of Maryland Central Collection Unit
Attn Office Of The Attorney General
300 W Preston St Rm 407
Baltimore MD 21201-2309

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

SunTrust Bank now Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

The Bank of New York Mellon,
f/k/a The Bank
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

The Bank of New York Mellon
f/k/a The Bank
c/o BWW Law Group, LLC
6003 Executive Blvd., Suite 101
Rockville, MD 20852-3813

The Bank of New York Mellon
f/k/a The Bank
Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT. 84165-0250

The Daily Record
200 St. Paul Place
Suite 2480
Baltimore, MD 21202-5994

The Home Depot
2455 Paces Ferry Road Southeast
Atlanta, GA 30339-1834

U S SECURITIES AND EXCHANGE
COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770-6305

U-Haul
4599 Allentown Road
Suitland, MD 20746-3994

U-Haul
c/o Brytani Sumby
4599 Allentown Road
Suitland, MD 20746-3994

United States Marshals Service
Attention: Mathew Silverman, Chief
6500 Cherrywood Lane
Greenbelt, MD 20770-1249

Us Attorney's Office
For The District Of M
36 S Charles Street Fourth Floor
Baltimore MD 21201-3020

US Securities and Exchange Commission
Atlanta Regional Office
950 E Paces Ferry Rd., Suite 900
Atlanta GA 30326-1382

US Trustee - Greenbelt 11
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Verizon
P. O. Box 15124
Albany, NY 12212-5124

Verizon
P.O. Box 4830
Trenton, NJ 08650-4830

Washington Post Company
1150 15th St. SW
Washington, DC 20071-0001

Washington Post Company
c/o Terry Legum
4004 Williamsburg Court
Fairfax, VA 22032-1139

Washington Post
c/o Adam Wilk
4004 Williamsburg Ct.
Fairfax, VA 22032-1139

Waste Management
c/o Richard Kind
One Church Lane
Baltimore, MD 21208-3709

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104-1298

Winford F. Lamb, Jr.
c/o Shannon J. Posner, Esquire
Law Offices of Shannon J. Posner, P.A.
913 Ridgebrook Road, Suite 308
Sparks, MD 21152-9457

Winford Lamb
12007 Chesterton Dr.
Upper Marlboro, MD 20774-1640

Winford Lamb
c/o Shannon J. Posner
11350 McCormick Road, Suite 700
Hunt Valley, MD 21031-1002