United States Bankruptcy Court
District of Maryland

In re: Case No. 20-18680-MCR
Charles Martin Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Nov 16, 2026 Form ID: ntcastin Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| r | + | Andrew A. Werner, Jr., REMAX Realty Group, 6 Montgomery Village Ave.,, Suite 200, Gaithersburg, MD 20879-3548 |
| sptr | + | James M. Hoffman, Offit Kurman, P.A., 7501 Wisconsin Ave, Ste 1000 W, Bethesda, MD 20814-6527 |
| intp | + | MLS Equity LLC, C/O William S. Tinney, 30 E. Padonia Road, Suite 500, Timonium, MD 21093-2311 |
| cr | + | Mary Ellen Hagen, Law Offices of Marie Louise Hagen, PLLC, P.O. BOX 22, Sparrowbush, NY 12780-0022 |
| cr | + | Mohamed L. Saccoh, c/o Havens & Associates. LLC, 2401 Research Boulevard, Suite 308, Rockville, MD 20850-6253 |
| cr | + | Santorini Capital LLC, Santorini Capital LLC, 2000 Massachusetts Avenue, NW, Washington, DC 20036-1022 |
| cr | + | The Bank of New York Mellon, f/k/a The Bank of New, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| intp | + | United States Marshals Service, Attention: Mathew Silverman, Chief, 6500 Cherrywood Lane, Greenbelt, MD 20770-1249 |
| cr | + | Winford F. Lamb, Jr., c/o Shannon J. Posner, Esquire, Law Offices of Shannon J. Posner, P.A., 913 Ridgebrook Road, Suite 308, Sparks, MD 21152-9457 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: cmlitigation@gmail.com | Nov 16 2026 19:22:00 | Charles Martin, 5803 Lowery Lane, Upper Marlboro, MD 20772-3946 |
| cr | | Email/Text: accounting@jgllaw.com | Nov 16 2026 19:23:00 | Joseph, Greenwald & Laake, PA, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770 |
| cr | | Email/Text: bankruptcy.pgcocs@maryland.gov | Nov 16 2026 19:23:00 | Prince George's County Office of Child Support, 4235 28th Avenue, Suite 135, Temple Hills, MD 20748-1718 |
| cr | | Email/Text: bdept@mrrlaw.net | Nov 16 2026 19:22:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1385 |
| cr | + | Email/Text: bankruptcy@bww-law.com | Nov 16 2026 19:23:00 | The Bank of New York Mellon, f/k/a The Bank of New, c/o BWW Law Group, LLC, 6003 Executive Blvd., Suite 101, Rockville, MD 20852-3813 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | ##+ | James H. Brandon, 16905 Germantown Road, Germantown, MD 20874-3013 |
| cr | ##+ | MARYLAND WINDOW & SIDING SYSTEMS, INC., C/O DARREN MARGOLIS, 104 CHURCH LANE, # 203, BALTIMORE, MD 21208, US 21208-3845 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett Weiss | brett@bankruptcylawmaryland.com brettecf@gmail.com,TheWeissLawGroup@jubileebk.net,deb@BankruptcyLawMaryland.com |
| Cheryl E. Rose | trusteerose@aol.com crose@ecf.axosfs.com |
| Darren Michael Margolis | dmargolis@lawdmpa.com |
| Glenna Elizabeth Barner | Glenna.Barner@maryland.gov |
| James M. Hoffman | jhoffman@offitkurman.com mmargulies@offitkurman.com |
| Keith R. Havens | Keith.R.Havens@HavensLawFirm.com Madeline.Reed@HavensLawFirm.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Lisa Yonka Stevens | lstevens@milesstockbridge.com |
| Marie Louise Hagen | mlh@mlhagenlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Nikita Rajendra Joshi | bkecfinbox@aldridgepite.com njoshi@ecf.courtdrive.com |
| Roger Charles Simmons | rsimmons@gordonsimmons.com dwise@gordonsimmons.com,jdziubla@gordonsimmons.com |
| Shannon Jacob Posner | sjposner@posner-law.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |
| William Scott Tinney | scott@cohenandformanlaw.com |

TOTAL: 16

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **20−18680 − MCR** Chapter: **7**

**Charles Martin**
Debtor

## NOTICE TO INDIVIDUAL WHOSE ATTORNEY IS NO LONGER INVOLVED IN THIS CASE

PLEASE TAKE NOTICE:

Counsel Glenna Elizabeth Barner for party Prince George's County Office of Child Support in the above−captioned case is no longer involved in this case because the attorney has been inactivated by the United States District Court for the District of Maryland for failure to renew their membership and therefore may not appear as counsel in this Court pursuant to LBR 9010−3.

You are hereby notified that unless new counsel enters an appearance on your behalf within fourteen (14) days from the date of this Notice, all proceedings before this Court in which you are a party shall be treated as being conducted by you on your own behalf, without counsel, until and unless the appearance of new counsel is entered. During such time that you are self−represented, you must sign personally all papers presented to the Clerk for filing, and all papers must also bear your printed name, address, and telephone number. You also shall file with the Clerk a statement of your telephone number and the address where notices can be served upon you, unless you are the Debtor and your address remains the same as shown on the petition.

Pursuant to Local Bankruptcy Rule 9010−1(b), if you are a self−represented individual, you are responsible for performing all duties imposed on counsel by the Bankruptcy Code, the Federal Bankruptcy Rules, the Local Bankruptcy Rules, and applicable federal or state law. The Code and Rules may be available at public libraries. The Local Bankruptcy Rules are available on the Court's website at www.mdb.uscourts.gov.

Dated: 11/16/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
Team Phone: 301−344−3965